IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Timmy K. Messner ) | Case No. 19-22342 CMB |
| Patricia L. Messner, ) | Chapter 13 |
| Debtor(s) ) | Document No. WO-1 |
| ) | |
| ) | |
| Timmy K. Messner, ) | |
| Movant(s) ) | |
| ) | |
| Social Security No. XXX-XX- 2965 ) | |
| ) | |
| vs. ) | |
| ) | |
| Lowe's Home Centers, LLC and ) | |
| Ronda J. Winnecour, Trustee ) | |
| Respondent(s) ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on June 25, 2019, a true and correct copy of the *Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee
Suite 3250 – US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Lowe's Home Centers, LLC
Attn: Payroll
1605 Curtis Bridge Road
Wilkesboro, NC 28697

Timmy K. Messner
138 Bulger Candor Road
Bulger, PA 15019

Date of Service: June 25, 2019          /s/ Christopher M. Frye
                                        Christopher M. Frye, Esquire
                                        Attorney for the Debtor
                                        STEIDL & STEINBERG
                                        Suite 2830, Gulf Tower
                                        707 Grant Street  Pittsburgh, PA 15219
                                        (412) 391-8000
                                        Chris.frye@steidl-steinberg.com
                                        PA I.D. No. 208402