IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | Case No. 19-22342 CMB |
| ) | Chapter 13 |
| TIMMY K. MESSNER ) | re Docket No. 28 |
| PATRICIA L. MESSNER, ) | |
|     *Debtors* ) | |
| ) | |
| TIMMY K. MESSNER ) | |
| PATRICIA L. MESSNER, ) | |
|     *Movants* ) | |
| ) | |
| vs. ) | |
| ) | |
| RONDA J. WINNECOUR, ESQ., TRUSTEE ) | |
|     *Respondents* ) | |

## CONSENT ORDER OF COURT

AND NOW, to wit, this ____7th____ day of ____August____, 2019, it is hereby ORDERED, ADJUDGED, and DECREED, that:

1. The Debtors are approved to obtain a loan for no more than $25,000.00, with a monthly payment of no more than $450.00 and an interest rate of no more than 21% to be used to purchase a new or used motor vehicle;

2. The vehicle must be purchased within 30 days of the date of this order;

3. The Debtors will file a report of financing within 10 days of purchase of the vehicle.

4. The Debtors shall file an amended Chapter 13 Plan, which includes the new vehicle loan, within 10 days after the vehicle has been purchased.

CONSENTED TO BY:

/s/ Jana Pail_____          /s/ Christopher M. Frye
Jana Pail, Esquire                   Christopher M. Frye, Esquire
Counsel for the Chapter 13 Trustee   Counsel for the Debtor

FILED
8/7/19 9:53 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

*Carlota M. Böhm* dmk
Carlota M. Böhm
Chief United States Bankruptcy Court Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 19-22342-CMB
Timmy K. Messner                                                          Chapter 13
Patricia L. Messner
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2              User: dsaw                 Page 1 of 1                    Date Rcvd: Aug 07, 2019
                                  Form ID: pdf900            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 09, 2019.
db/jdb         +Timmy K. Messner,    Patricia L. Messner,    138 Bulger Candor Road,    Bulger, PA 15019-2038

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2019                                Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 7, 2019 at the address(es) listed below:
              Christopher M. Frye    on behalf of Joint Debtor Patricia L. Messner
               chris.frye@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
               ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-ste
               inberg.com
              Christopher M. Frye    on behalf of Debtor Timmy K. Messner chris.frye@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
               ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-ste
               inberg.com
              James Warmbrodt    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Thomas Song    on behalf of Creditor    SANTANDER BANK, N.A. pawb@fedphe.com
                                                                                             TOTAL: 6