**PAWB FORM 30  (03/12)**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No.  19-22342 CMB |
| | ) | Chapter 13 |
| TIMMY K. MESSNER | ) | Related Docket No. |
| PATRICIA L. MESSNER, | ) | |
|     *Debtor(s)* | ) | |
| | ) | |
| TIMMY K. MESSNER | ) | |
| PATRICIA L. MESSNER, | ) | |
|     *Movant(s)* | ) | |
| | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| NO RESPONDENT(S), | ) | |
| | ) | |
| | ) | |

**NOTICE REGARDING MODIFICATION TO MAILING MATRIX**

In accordance with Local Bankruptcy Rule 1007-1(f) I, Christopher M. Frye, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case.

Bridgecrest Acceptance Corp.
PO Box 2997
Phoenix, AZ 85062

Bridgecrest Acceptance Corp.
4020 East Indian School Road
Phoenix, AZ 85018

By:

August 20, 2019          /s/ Christopher M. Frye
DATE                     Christopher M. Frye, Esquire
                         Attorney for the Debtor(s)

                         STEIDL & STEINBERG
                         Suite 2830 – Gulf Tower
                         707 Grant Street
                         Pittsburgh, PA  15219
                         (412) 391-8000
                         chris.frye@steidl-steinberg.com
                         PA I.D. No. 208402