IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 19-22342 CMB |
| | ) | Chapter 13 |
| TIMMY K. MESSNER | ) | Related Docket No. 29 |
| PATRICIA L. MESSNER, | ) | |
|    *Debtor(s)* | ) | |
| | ) | |
| TIMMY K. MESSNER | ) | |
| PATRICIA L. MESSNER, | ) | |
|    *Movant(s)* | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| RONDA J. WINNECOUR, ESQ., TRUSTEE | ) | |
|    *Respondent(s)* | ) | |

## REPORT OF FINANCING

AND NOW, come the Debtors, Timmy K. Messner and Patricia L. Messner, by and through their attorney Christopher M. Frye, and Steidl and Steinberg, Attorneys at Law, and respectfully represent as follows:

1. On August 7, 2019, this Honorable Court entered an order at Docket No. 29, approving the Debtors request to finance a new vehicle

2. The Debtors purchased a 2013 Kia Sorento LX, by way of financing through Bridgecrest Acceptance Corp PO Box 2997, Phoenix, AZ 85062 on August 16, 2019.

3. The vehicle was purchased from Drivetime Car Sales Company LLC dba Drivetime.

4. The amount of the loan is $19,939.43.

5. The interest on the loan is 17.283%.

6. The monthly loan payment $446.33 for 72 months.

7. The monthly loan payments begin September 13, 2019.

8. The Debtors will immediately file an amended Chapter 13 plan to include the monthly vehicle loan payment.

WHEREFORE, the Debtor, Timmy K. Messner and Patricia L. Messner, respectfully file this Report of Financing.

                                                Respectfully submitted,

August 20, 2019                        /s/ Christopher M. Frye
DATE                                    Christopher M. Frye, Esquire
                                               Attorney for the Debtor(s)

                                               STEIDL & STEINBERG
                                               Suite 2830 – Gulf Tower
                                               707 Grant Street
                                               Pittsburgh, PA  15219
                                               (412) 391-8000
                                               chris.frye@steidl-steinberg.com
                                               PA I.D. No. 208402