**Form 150**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:   Bankruptcy Case No.: 19–22342–CMB

Chapter: 13
Docket No.: 36 – 35
Conciliation Conference Date: 12/5/19 at 02:00 PM

**Timmy K. Messner**         Patricia L. Messner
Debtor(s)              aka Patti L. Messner, aka Patricia Messner

### CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that

on the ___22nd___ day of ___August___, __2019__, I served a copy of the within *Order* together with the *Amended Plan* filed in this proceeding, by (describe the mode of service):

   First Class Mail

on the respondent(s) at (list names and addresses here):

   See Attached Mailing Matrix

Executed on ___August 22, 2019___         ___/s/ Todd Thomas___
         (Date)                  (Signature)

Todd Thomas Steidl & Steinberg 707 Grant Street, Suite 2830-Gulf Tower, Pittsburgh, PA 15219
_____
(Type Name and Mailing Address of Person Who Made Service)