IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| Timmy K. Messner, | ) Case No. 19-22342 CMB |
| Patricia L. Messner | ) Chapter 13 |
|    Debtors | ) |
| | ) Related to Doc. No. 38-39 |
| | ) |
| | ) Hearing Date and Time |
| Timmy K. Messner, | ) October 11, 2019 at 10:00am |
| Patricia L. Messner | ) |
|    Movant | ) |
| | ) |
| | ) |
| | ) |
| vs. | ) |
| | ) |
| LVNV Funding, LLC | ) |
| c/o Resurgent Capital Services | ) |
|    Respondent | ) |

## CERTIFICATION OF NO OBJECTION REGARDING OBJECTION TO RESPONDENT'S CLAIM 18

    The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Objection to Respondent's Claim 18 filed on August 22, 2019 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Objection to Respondent's Claim 18 appears thereon. Pursuant to the Notice of Hearing, objections for Objection to Respondent's Claim 18 were to be filed and served no later than September 23, 2019**.**

    It is hereby respectfully requested that the Order attached to the Objection to Respondent's Claim 18 be entered by the Court.

                                   Respectfully submitted,

September 24, 2019              /s/ Christopher M. Frye
Date                                Christopher M. Frye, Esquire
                                        Attorney for the Debtor
                                        STEIDL & STEINBERG
                                        Suite 2830, Gulf Tower
                                        707 Grant Street
                                        Pittsburgh, PA 15219
                                        (412) 391-8000
                                        Chris.frye@steidl-steinberg.com
                                        PA I.D. No. 208402