IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Timmy K. Messner, ) | Case No. 19-22342 CMB |
| Patricia L. Messner ) | Chapter 13 |
| Debtors ) | |
| ) re | Docket No.   38 |
| ) | |
| ) | |
| Timmy K. Messner, ) | |
| Patricia L. Messner ) | |
| Movant ) | |
| ) | |
| ) | |
| ) | |
| vs. ) | |
| ) | |
| LVNV Funding, LLC ) | |
| c/o Resurgent Capital Services ) | |
| Respondent ) | **ENTERED BY DEFAULT** |

**ORDER OF COURT**

AND NOW, to wit, this ___26th___ day of ___September___, 2019, it is hereby ORDERED, ADJUDGED, and DECREED, that Respondent's proof of claim number 18 is stricken.

*Carlota M. Böhm* dmk
Carlota M. Böhm
Chief United States Bankruptcy Court Judge

FILED
9/26/19 10:43 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Timmy K. Messner
Patricia L. Messner
    Debtors

Case No. 19-22342-CMB
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: dsaw     Page 1 of 1     Date Rcvd: Sep 26, 2019
                       Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2019.
db/jdb        +Timmy K. Messner,    Patricia L. Messner,    138 Bulger Candor Road,    Bulger, PA 15019-2038

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                   TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2019                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2019 at the address(es) listed below:

         Christopher M. Frye    on behalf of Joint Debtor Patricia L. Messner
          chris.frye@steidl-steinberg.com,
          julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com
         Christopher M. Frye    on behalf of Debtor Timmy K. Messner chris.frye@steidl-steinberg.com,
          julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com
         James Warmbrodt    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited Liability Company bkgroup@kmllawgroup.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
         Thomas Song    on behalf of Creditor    SANTANDER BANK, N.A. pawb@fedphe.com
                                                                                                                  TOTAL: 6