IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Timmy K. Messner ) | Case No. 19-22342 CMB |
| Patricia L. Messner, ) | Chapter 13 |
| Debtor(s) ) | Related to Doc. No. 53 |
| ) | |
| ) | |
| Patricia L. Messner, ) | |
| Movant(s) ) | |
| ) | |
| Social Security No. XXX-XX- 3288 ) | |
| ) | |
| vs. ) | |
| ) | |
| A.R. Building Co. and ) | |
| Ronda J. Winnecour, Trustee ) | |
| Respondent(s) | |

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that on January 10, 2020, a true and correct copy of the *Amended Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee
Suite 3250 – US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Patricia L. Messner
138 Bulger Candor Road
Bulger, PA 15019

A.R. Building Co.
Attn: Payroll
310 Seven Fields Blvd
Mars, PA 16046

Date of Service: January 10, 2020

/s/ Christopher M. Frye
Christopher M. Frye, Esquire
Attorney for the Debtor
STEIDL & STEINBERG
Suite 2830, Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
Chris.frye@steidl-steinberg.com
PA I.D. No. 208402