**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | **Case No. 19-22342-CMB** |
| **Timmy K. Messner** | ) | |
| **Patricia L. Messner** | ) | |
| | ) | |
| Debtors | ) | **Chapter 13** |
| | ) | **Document No. _____** |
| | ) | **Related to Document No. 47** |

### CONSENT ORDER MODIFYING DECEMBER 10, 2019 ORDER

AND NOW, this _____ day of _____, 2019, upon consent of the Debtor and the Chapter 13 Trustee, and parties in interest as evidenced by signatures of counsel as set forth below, said agreement being the result of discussions held between the parties following the entry of the interim confirmation order dated July 25, 2019, and specifically through Noah D. Ruskey, an in-house attorney and authorized representative for OneMain Financial who is not authorized to practice law in this District and whose signature does not therefore appear, it is

ORDERED that Part "1.H." of the December 10, 2019 Order confirming the debtors' chapter 13 plan is amended to strike the language that the secured claim of OneMain (Claim No 5) shall govern as to claim amount to be paid at modified plan terms. Instead, Part "1.H." is amended to add the following: "The claim of OneMain Financial (Claim No. 5) shall not be paid, as the collateral is being surrendered, but prior payments are proper." The confirmation order dated December 10, 2019 remains in full force and effect with the only change being the status of Claim No. 5 of OneMain Financial.

BY THE COURT:

_____
Carlota M. Böhm
U.S. BANKRUPTCY JUDGE

Consented to:

/s/ Katherine DeSimone
Katherine DeSimone PA I.D. #42575
Attorney for Trustee
Office of the Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh PA 15219
kdesimone@chapter13trusteewdpa.com

/s/ Christopher Frye
Christopher Frye, Esquire
Attorney for debtor
Steidl & Steinberg
Suite 2830 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
Chris.fye@steidl-steinberg.com