IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 19-22342-CMB |
| Timmy K. Messner ) | |
| Patricia L. Messner ) | |
| ) | |
| Debtors ) | Chapter 13 |
| ) | Document No. _____ |
| ) | Related to Document No. 47  & 58 |

### CONSENT ORDER MODIFYING DECEMBER 10, 2019 ORDER

AND NOW, this ___14th___ day of __January, 2020_____, 2019, upon consent of the Debtor and the Chapter 13 Trustee, and parties in interest as evidenced by signatures of counsel as set forth below, said agreement being the result of discussions held between the parties following the entry of the interim confirmation order dated July 25, 2019, and specifically through Noah D. Ruskey, an in-house attorney and authorized representative for OneMain Financial who is not authorized to practice law in this District and whose signature does not therefore appear, it is

ORDERED that Part "1.H." of the December 10, 2019 Order confirming the debtors' chapter 13 plan is amended to strike the language that the secured claim of OneMain (Claim No 5) shall govern as to claim amount to be paid at modified plan terms. Instead, Part "1.H." is amended to add the following: "The claim of OneMain Financial (Claim No. 5) shall not be paid, as the collateral is being surrendered, but prior payments are proper." The confirmation order dated December 10, 2019 remains in full force and effect with the only change being the status of Claim No. 5 of OneMain Financial.

BY THE COURT:

_____
Carlota M. Böhm
U.S. BANKRUPTCY JUDGE

Consented to:

/s/ Katherine DeSimone
Katherine DeSimone PA I.D. #42575
Attorney for Trustee
Office of the Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh PA 15219
kdesimone@chapter13trusteewdpa.com

/s/ Christopher Frye
Christopher Frye, Esquire
Attorney for debtor
Steidl & Steinberg
Suite 2830 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
Chris.fye@steidl-steinberg.com

FILED
1/14/20 3:51 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Timmy K. Messner
Patricia L. Messner
    Debtors

Case No. 19-22342-CMB
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2      User: dsaw      Page 1 of 1      Date Rcvd: Jan 14, 2020
                      Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 16, 2020.
db/jdb       +Timmy K. Messner,   Patricia L. Messner,   138 Bulger Candor Road,   Bulger, PA 15019-2038

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.         TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 16, 2020               Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 14, 2020 at the address(es) listed below:
         Christopher M. Frye   on behalf of Joint Debtor Patricia L. Messner
          chris.frye@steidl-steinberg.com,
          julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com
         Christopher M. Frye   on behalf of Debtor Timmy K. Messner chris.frye@steidl-steinberg.com,
          julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com
         James Warmbrodt   on behalf of Creditor   Bayview Loan Servicing, LLC, a Delaware Limited Liability Company bkgroup@kmllawgroup.com
         Jerome B. Blank   on behalf of Creditor   SANTANDER BANK, N.A. pawb@fedphe.com
         Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
         Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
         Thomas Song   on behalf of Creditor   SANTANDER BANK, N.A. pawb@fedphe.com
                                              TOTAL: 7