IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| Timmy K. Messner | ) Case No. 19-22342 CMB |
| Patricia L. Messner | ) Chapter 13 |
| aka Patti L. Messner | ) Document No. |
| aka Patricia Messner, | ) |
|     Debtor(s) | ) |
| | ) |
| Timmy K. Messner | ) |
| Patricia L. Messner | ) |
| aka Patti L. Messner | ) re doc. 63 |
| aka Patricia Messner, | ) |
|     Movant(s) | ) |
| | ) |
| vs. | ) |
| | ) |
| Cavalry Portfolio Services LLC and | ) |
| assignees, | ) |
|     Respondent(s) | ) |

**ENTERED BY DEFAULT**
**ORDER OF COURT**

AND NOW, to wit, this __9th__ day of __November__, 2020 it is hereby ORDERED, ADJUDGED, and DECREED, that pursuant to 11 U.S.C. §522(f)(1)(A) and 11 U.S.C. §522(f)(2)(A), the judgment lien held by the Respondent, Cavalry Portfolio Services LLC and assignees, against the Debtor at Washington County case number C-63-CV-2005-2268 in the amount of $5,406.14 is a avoided unless this case is dismissed prior to discharge being entered, at which point the judgment lien is reinstated.

A certified copy of this Order can be recorded with the Washington County Prothonotary as evidence of the avoiding of the judgment lien.

_____
Honorable Carlota M. Bohm
U.S. Bankruptcy Judge

FILED
11/9/20 1:41 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Timmy K. Messner  
Patricia L. Messner  
    Debtor(s)

Case No. 19-22342-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dsaw | Page 1 of 2 |
| Date Rcvd: Nov 09, 2020 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 11, 2020:**

**Recip ID**    **Recipient Name and Address**  
db/jdb    + Timmy K. Messner, Patricia L. Messner, 138 Bulger Candor Road, Bulger, PA 15019-2038

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2020    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 9, 2020 at the address(es) listed below:

**Name**    **Email Address**

Brian Nicholas  
    on behalf of Creditor Bayview Loan Servicing LLC, a Delaware Limited Liability Company bnicholas@kmllawgroup.com

Christopher M. Frye  
    on behalf of Joint Debtor Patricia L. Messner chris.frye@steidl-steinberg.com  
    julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com

Christopher M. Frye  
    on behalf of Debtor Timmy K. Messner chris.frye@steidl-steinberg.com  
    julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com

Jerome B. Blank  
    on behalf of Creditor SANTANDER BANK N.A. pawb@fedphe.com

| District/off: 0315-2 | User: dsaw | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 09, 2020 | Form ID: pdf900 | Total Noticed: 1 |

Mario J. Hanyon
    on behalf of Creditor SANTANDER BANK  N.A. mario.hanyon@brockandscott.com, wbecf@brockandscott.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Thomas Song
    on behalf of Creditor SANTANDER BANK  N.A. pawb@fedphe.com

TOTAL: 8