IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Timmy K. Messner | ) | Case No. 19-22342 CMB |
| Patricia L. Messner | ) | Chapter 13 |
| aka Patti L. Messner | ) | Document No. |
| aka Patricia Messner, | ) | |
| Debtor(s) | ) | |
| | ) | |
| | ) | |
| Timmy K. Messner | ) | |
| Patricia L. Messner | ) | |
| aka Patti L. Messner | ) | |
| aka Patricia Messner, | ) | re doc. 65 |
| Movant(s) | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Midland Funding LLC, | ) | |
| Respondent(s) | ) | |

**ENTERED BY DEFAULT**
**ORDER OF COURT**

AND NOW, to wit, this _____9th_____ day of _____November_____, 2020 it is

hereby ORDERED, ADJUDGED, and DECREED, that pursuant to 11 U.S.C.

§522(f)(1)(A) and 11 U.S.C. §522(f)(2)(A), the judgment lien held by the Respondent,

Midland Funding LLC, against the Debtor at Washington County case number 63-CV-

2018-6137 in the amount of $918.96 is a avoided unless this case is dismissed prior to

discharge being entered, at which point the judgment lien is reinstated.

A certified copy of this Order can be recorded with the Washington County

Prothonotary as evidence of the avoiding of the judgment lien.

_____

Honorable Carlota M. Bohm
U.S. Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                              Case No. 19-22342-CMB

Timmy K. Messner                                                                    Chapter 13

Patricia L. Messner

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0315-2                          User: dsaw                                      Page 1 of 2
Date Rcvd: Nov 09, 2020                        Form ID: pdf900                                  Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 11, 2020:

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Timmy K. Messner, Patricia L. Messner, 138 Bulger Candor Road, Bulger, PA 15019-2038 |

TOTAL: 1

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 11, 2020                    Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 9, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company bnicholas@kmllawgroup.com |
| Christopher M. Frye | on behalf of Joint Debtor Patricia L. Messner chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com;r530 37@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Christopher M. Frye | on behalf of Debtor Timmy K. Messner chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com;r530 37@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Jerome B. Blank | on behalf of Creditor SANTANDER BANK  N.A. pawb@fedphe.com |

District/off: 0315-2                          User: dsaw                                    Page 2 of 2
Date Rcvd: Nov 09, 2020                     Form ID: pdf900                            Total Noticed: 1

Mario J. Hanyon
                    on behalf of Creditor SANTANDER BANK  N.A. mario.hanyon@brockandscott.com, wbecf@brockandscott.com

Office of the United States Trustee
                    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                    cmecf@chapter13trusteewdpa.com

Thomas Song
                    on behalf of Creditor SANTANDER BANK  N.A. pawb@fedphe.com


TOTAL: 8