**Form 410**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Timmy K. Messner**
**Patricia L. Messner**
**aka Patti L. Messner, aka Patricia Messner**
   Debtor(s)

Bankruptcy Case No.: 19−22342−CMB

Chapter: 13
Docket No.: 78 − 77
Concil. Conf.: July 22, 2021 at 09:00 AM

## ORDER

    **WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

    **IT IS HEREBY ORDERED** that, on or before **May 28, 2021,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

    1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

    2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

    **IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

    On or before **June 14, 2021,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

    On **July 22, 2021** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com.

    If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the Conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

    This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: April 13, 2021

cm: All Creditors and Parties In Interest

<u>Carlota M. Bohm</u>
United States Bankruptcy Judge

**INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

        Ronda J. Winnecour, Trustee
        P.O. Box 84051
        Chicago, IL 60689−4002

United States Bankruptcy Court
Western District of Pennsylvania

In re: Case No. 19-22342-CMB
Timmy K. Messner Chapter 13
Patricia L. Messner
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: dsaw      Page 1 of 4
Date Rcvd: Apr 13, 2021      Form ID: 410      Total Noticed: 72

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Timmy K. Messner, Patricia L. Messner, 138 Bulger Candor Road, Bulger, PA 15019-2038 |
| 15068351 | + | AAA Debt Recovery, PO Box 129, Monroeville, PA 15146-0129 |
| 15068354 | + | AES/PHEAA, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 15068353 | + | AES/PHEAA, 1112 7th Ave, Monroe, WI 53566-1364 |
| 15068355 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank Of America, Po Box 982238, El Paso, TX 79998 |
| 15068356 | + | Bank Of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 15090365 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15068357 | + | Bayview Financial Loan, 4425 Ponce De Leon Blvd, Coral Gables, FL 33146-1873 |
| 15068358 | + | Bayview Financial Loan, Attn: Bankruptcy Dept, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, FL 33146-1873 |
| 15068359 | ++ | CAINE & WEINER COMPANY, 12005 FORD ROAD 300, DALLAS TX 75234-7262 address filed with court:, Caine & Weiner, Po Box 55848, Sherman Oaks, CA 91413 |
| 15117464 | ++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157 address filed with court:, Columbia Gas of PA, P.O. Box 117, Columbus, OH 43216 |
| 15068360 | + | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd, Sherman Oaks, CA 91411-2546 |
| 15091824 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15068363 | | Columbia Gas, c/o CBCS, PO Box 2589, Columbus, OH 43216-2589 |
| 15068371 | + | Diversified Consultants, Inc., Attn: Bankruptcy, Po Box 679543, Dallas, TX 75267-9543 |
| 15068373 | ++ | FIRST SAVINGS BANK, PO BOX 5096, SIOUX FALLS SD 57117-5096 address filed with court:, First Savings Credit Card, 500 East 60th St North, Sioux Falls, SD 57104 |
| 15091086 | + | First Commonwealth Bank, c/o Karen L.Hughes, Esquire, AAS Debt Recovery Inc., 2526 Monroeville Blvd., Suite 205, Monroeville, PA 15146-2371 |
| 15068374 | + | First Savings Credit Card, Attn: Bankruptcy Department, Po Box 5019, Sioux Falls, SD 57117-5019 |
| 15068375 | + | Frederic I. Weinberg & Associates P.C., 375 E. Elm Street, Suite 210, Conshohocken, PA 19428-1973 |
| 15068377 | + | I C System Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 15068382 | + | I C System Inc, Attn: Bankruptcy, Po Box 64378, St Paul, MN 55164-0378 |
| 15068388 | + | Kohls/Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15068401 | | Phelan Hall Diamond & Jones, 1617 JFK Blvd., Ste 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 15068402 | | Pressler and Pressler, LLP, 7 Enzin Road, Attn: Ian Z. Winograd, Esquire, Parsippany, NJ 07054-5020 |
| 15068403 | + | Range Resources Appalachia, LLC, 622 Eagle Pointe Drive, Canonsburg, PA 15317-7515 |
| 15100991 | | SANTANDER BANK, N.A., 1 CORPORATE DRIVE, SUITE 360, LAKE ZURICH IL 60047-8945 |
| 15068406 | + | Santander Bank N.A., 1 Corporate Drive, Lake Zurich, IL 60047-8945 |
| 15068410 | + | The Bureaus Inc, 650 Dundee Road, Northbrook, IL 60062-2747 |
| 15068411 | + | The Bureaus Inc, Attn: Bankruptcy, 650 Dundee Rd, Ste 370, Northbrook, IL 60062-2757 |
| 15100630 | | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15068418 | + | Windham Professionals, 380 Main St, Salem, NH 03079-2412 |

TOTAL: 31

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 14 2021 09:29:42 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15107642 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Apr 14 2021 09:16:00 | Bayview Loan Servicing, LLC, 4425 Ponce de |

Case 19-22342-CMB   Doc 79   Filed 04/15/21   Entered 04/16/21 00:45:14   Desc Imaged
Certificate of Notice   Page 4 of 6

| District/off: 0315-2 | User: dsaw | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Apr 13, 2021 | Form ID: 410 | Total Noticed: 72 |

| | | | |
|---|---|---|---|
| | | | Leon Blvd, 5th Floor, Coral Gables, FL 33146-1873 |
| 15107916 | + Email/Text: dl-collectionsbankruptcyteam@drivetime.com | Apr 14 2021 09:18:00 | Bridgecrest Acceptance Corp., 4020 East Indian School Road, Phoenix, AZ 85018-5220 |
| 15107915 | + Email/Text: dl-collectionsbankruptcyteam@drivetime.com | Apr 14 2021 09:18:00 | Bridgecrest Acceptance Corp., PO Box 2997, Phoenix, AZ 85062-2997 |
| 15078318 | + Email/Text: documentfiling@lciinc.com | Apr 14 2021 09:16:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 15068361 | + Email/Text: bankruptcy@cavps.com | Apr 14 2021 09:18:00 | Calvalry Portfolio Services LLC, 500 Summit Lake Drive, Suite 4A, Valhalla, NY 10595-2323 |
| 15068362 | + Email/Text: bankruptcyColumbia@nisource.com | Apr 14 2021 09:16:00 | Columbia Gas, Attn: Bankruptcy, 290 West Nationwide Blvd., Columbus, OH 43215-1082 |
| 15301471 | + Email/Text: BKMailBayview@bayviewloanservicing.com | Apr 14 2021 09:16:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables FL 33146-1873 |
| 15068366 | + Email/Text: convergent@ebn.phinsolutions.com | Apr 14 2021 09:18:00 | Convergent Outsourcing, Inc., Attn: Bankruptcy, Po Box 9004, Renton, WA 98057-9004 |
| 15068364 | + Email/Text: convergent@ebn.phinsolutions.com | Apr 14 2021 09:18:00 | Convergent Outsourcing, Inc., 800 Sw 39th St, Renton, WA 98057-4927 |
| 15068369 | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 14 2021 09:38:08 | Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 15068368 | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 14 2021 09:37:55 | Deptartment Store National Bank/Macy's, Po Box 8218, Mason, OH 45040 |
| 15106674 | Email/Text: bnc-quantum@quantum3group.com | Apr 14 2021 09:17:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 15068370 | + Email/Text: bankruptcynotices@dcicollect.com | Apr 14 2021 09:18:00 | Diversified Consultants, Inc., P O Box 551268, Jacksonville, FL 32255-1268 |
| 15068372 | + Email/Text: bknotice@ercbpo.com | Apr 14 2021 09:18:00 | ERC/Enhanced Recovery Corp, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 15068376 | + Email/Text: fsncustbrnotice@fullservicenetwork.com | Apr 14 2021 09:16:00 | Full Service Network, 600 Grant St Fl 30, Pittsburgh, PA 15219-2702 |
| 15068387 | + Email/Text: PBNCNotifications@peritusservices.com | Apr 14 2021 09:16:00 | Kohls/Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| 15076355 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 14 2021 09:29:54 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15068389 | + Email/PDF: resurgentbknotifications@resurgent.com | Apr 14 2021 09:37:55 | LVNV Funding/Resurgent Capital, Po Box 1269, Greenville, SC 29602-1269 |
| 15068390 | + Email/PDF: resurgentbknotifications@resurgent.com | Apr 14 2021 09:37:55 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 15068394 | + Email/Text: bankruptcydpt@mcmcg.com | Apr 14 2021 09:17:00 | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2709 |
| 15068391 | + Email/Text: bankruptcydpt@mcmcg.com | Apr 14 2021 09:17:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2709 |
| 15095294 | + Email/Text: bankruptcydpt@mcmcg.com | Apr 14 2021 09:17:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 15068400 | + Email/PDF: cbp@onemainfinancial.com | Apr 14 2021 09:37:17 | OneMain Financial, Attn: Bankruptcy, 601 Nw 2nd Street, Evansville, IN 47708-1013 |
| 15068399 | + Email/PDF: cbp@onemainfinancial.com | Apr 14 2021 09:37:18 | OneMain Financial, Po Box 1010, Evansville, IN 47706-1010 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15083621 | + | Email/PDF: cbp@onemainfinancial.com | Apr 14 2021 09:45:38 | Onemain, PO Box 3251, Evansville, IN 47731-3251 |
| 15076358 | | Email/Text: bnc-quantum@quantum3group.com | Apr 14 2021 09:17:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15068405 | + | Email/Text: Supportservices@receivablesperformance.com | Apr 14 2021 09:18:00 | Receivables Performance Mgmt, Attn: Bankruptcy, Po Box 1548, Lynnwood, WA 98046-1548 |
| 15068404 | + | Email/Text: Supportservices@receivablesperformance.com | Apr 14 2021 09:18:00 | Receivables Performance Mgmt, 20816 44th Ave West, Lynnwood, WA 98036-7744 |
| 15068407 | + | Email/Text: bankruptcy@sccompanies.com | Apr 14 2021 09:18:00 | Seventh Avenue, 1112 Seventh Avenue, Monroe, WI 53566-1364 |
| 15095500 | + | Email/Text: bankruptcy@sccompanies.com | Apr 14 2021 09:18:00 | Seventh Avenue, c/o Creditors Bankruptcy Service, P. O. Box 800849, Dallas, TX 75380-0849 |
| 15068408 | + | Email/Text: bankruptcy@sw-credit.com | Apr 14 2021 09:17:00 | Southwest Credit Systems, 4120 International Parkway, Carrollton, TX 75007-1958 |
| 15068409 | + | Email/Text: bankruptcy@sw-credit.com | Apr 14 2021 09:17:00 | Southwest Credit Systems, 4120 International Parkway, Suite 1100, Carrollton, TX 75007-1958 |
| 15068876 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 14 2021 09:37:28 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15068412 | | Email/Text: bankruptcy@uscbcorporation.com | Apr 14 2021 09:16:00 | USCB Corporation, 101 Harrison Street, Archbald, PA 18403 |
| 15068413 | | Email/Text: bankruptcy@uscbcorporation.com | Apr 14 2021 09:16:00 | Uscb Corporation, Attn: Bankruptcy, Po Box 75, Archbald, PA 18403 |
| 15068415 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Apr 14 2021 09:16:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |
| 15068414 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Apr 14 2021 09:16:00 | Verizon, 500 Technology Drive, Weldon Spring, MO 63304-2225 |
| 15101866 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Apr 14 2021 09:30:20 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15068416 | + | Email/Text: bankruptcy@firstenergycorp.com | Apr 14 2021 09:18:00 | West Penn Power*, 5001 NASA Blvd, Fairmont, WV 26554-8248 |
| 15068417 | + | Email/Text: bankruptcy@firstenergycorp.com | Apr 14 2021 09:18:00 | West Penn Power*, 1310 Fairmont Avenue, Fairmont, WV 26554-3526 |

TOTAL: 41

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Bayview Loan Servicing, LLC, a Delaware Limited Li |
| cr | | Community Loan Servicing, LLC |
| cr | | SANTANDER BANK, N.A. |
| 15068352 | *+ | AAA Debt Recovery, Pob 129, Monroeville, PA 15146-0129 |
| 15068367 | *+ | Convergent Outsourcing, Inc., Attn: Bankruptcy, Po Box 9004, Renton, WA 98057-9004 |
| 15068365 | *+ | Convergent Outsourcing, Inc., 800 Sw 39th St, Renton, WA 98057-4927 |
| 15068378 | *+ | I C System Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 15068379 | *+ | I C System Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 15068380 | *+ | I C System Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 15068381 | *+ | I C System Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 15068383 | *+ | I C System Inc, Attn: Bankruptcy, Po Box 64378, St Paul, MN 55164-0378 |
| 15068384 | *+ | I C System Inc, Attn: Bankruptcy, Po Box 64378, St Paul, MN 55164-0378 |

| | | |
|---|---|---|
| 15068385 | *+ | I C System Inc, Attn: Bankruptcy, Po Box 64378, St Paul, MN 55164-0378 |
| 15068386 | *+ | I C System Inc, Attn: Bankruptcy, Po Box 64378, St Paul, MN 55164-0378 |
| 15068395 | *+ | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2709 |
| 15068396 | *+ | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2709 |
| 15068397 | *+ | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2709 |
| 15068392 | *+ | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2709 |
| 15068393 | *+ | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2709 |
| 15068398 | *+ | Midland Funding LLC, 2365 Northside Dr Ste 30, San Diego, CA 92108-2709 |

TOTAL: 3 Undeliverable, 17 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 15, 2021                Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew L. Spivack | on behalf of Creditor SANTANDER BANK  N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| Brian Nicholas | on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company bnicholas@kmllawgroup.com |
| Christopher M. Frye | on behalf of Joint Debtor Patricia L. Messner chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Christopher M. Frye | on behalf of Debtor Timmy K. Messner chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Jerome B. Blank | on behalf of Creditor SANTANDER BANK  N.A. pawb@fedphe.com |
| Mario J. Hanyon | on behalf of Creditor SANTANDER BANK  N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Thomas Song | on behalf of Creditor SANTANDER BANK  N.A. pawb@fedphe.com |

TOTAL: 9