IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Timmy K. Messner | ) | Case No. 19-22342 CMB |
| Patricia L. Messner, | ) | Chapter 13 |
| Debtor(s) | ) | Document No. WO-1 |
| | ) | |
| Timmy K. Messner, | ) | |
| Movant(s) | ) | |
| | ) | |
| Social Security No. XXX-XX- 2965 | ) | |
| | ) | re doc. #80 |
| vs. | ) | |
| | ) | |
| Lowe's Home Centers, LLC and | ) | |
| Ronda J. Winnecour, Trustee | ) | |
| Respondent(s) | ) | |

## ORDER OF COURT

AND NOW, to wit, this ___19th___ day of ___May___, 2021, it is hereby ORDERED, ADJUDGED, and DECREED, that the wage attachment affecting the wages of Timmy K. Messner be terminated immediately.

Employer:

**Lowe's Home Centers, LLC**
**Attn: Payroll**
**1605 Curtis Bridge Road**
**Wilkesboro, NC 28697**

FILED
5/19/21 9:15 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_____
Honorable Carlota M. Bohm
U.S. Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-22342-CMB |
| Timmy K. Messner | Chapter 13 |
| Patricia L. Messner | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dsaw | Page 1 of 2 |
| Date Rcvd: May 19, 2021 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 21, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Timmy K. Messner, Patricia L. Messner, 138 Bulger Candor Road, Bulger, PA 15019-2038 |
| | + | Lowe's Home Centers, atten: Payroll, 1605 Curtis Bridge Road, Wilkenboro, NC 28697-2231 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 21, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 19, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew L. Spivack | on behalf of Creditor SANTANDER BANK N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| Brian Nicholas | on behalf of Creditor Bayview Loan Servicing LLC, a Delaware Limited Liability Company bnicholas@kmllawgroup.com |
| Christopher M. Frye | on behalf of Joint Debtor Patricia L. Messner chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Christopher M. Frye | on behalf of Debtor Timmy K. Messner chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |

District/off: 0315-2 | User: dsaw | Page 2 of 2
Date Rcvd: May 19, 2021 | Form ID: pdf900 | Total Noticed: 2

Jerome B. Blank
                        on behalf of Creditor SANTANDER BANK  N.A. pawb@fedphe.com

Mario J. Hanyon
                        on behalf of Creditor SANTANDER BANK  N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Office of the United States Trustee
                        ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                        cmecf@chapter13trusteewdpa.com

Thomas Song
                        on behalf of Creditor SANTANDER BANK  N.A. pawb@fedphe.com

TOTAL: 9