IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Timmy K. Messner and ) | Bankruptcy No. 19-22342 CMB |
| Patricia L. Messner, ) | Chapter 13 |
| ) | Related to Document No(s). 78,86,87 |
| Debtors ) | |
| ) | |
| ) | Hearing Date and Time: |
| ) | July 21, 2021 at 9:00 AM |

## CERTIFICATE OF SERVICE

I, Todd Thomas of Steidl and Steinberg, P.C., Pittsburgh, PA 15219 certify as follows:

That I am and at all times herein after mentioned was more than 18 years of age and that on May 29, 2021 I caused to be served a copy of:

**AMENDED CHAPTER 13 PLAN DATED 5/18/2021, SCHEDULING ORDER RESPONSE TO THE CHAPTER 13 TRUSTEE CERTIFICATE OF DEFAULT**

ON:

See Attached Mailing Matrix

BY:    Regular First-Class U.S. Mail

I certify under the penalty of perjury that the foregoing is true and correct.

Date: May 29, 2021 /s/ Todd Thomas

STEIDL & STEINBERG
707 Grant Street, Suite 2830
Pittsburgh, PA 15219
(412) 391-8000

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-2<br>Case 19-22342-CMB<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Pittsburgh<br>Sat May 29 13:50:15 EDT 2021 | AAA Debt Recovery<br>PO Box 129<br>Monroeville, PA 15146-0129 | AES/PHEAA<br>1112 7th Ave<br>Monroe, WI 53566-1364 |
| AES/PHEAA<br>Attn: Bankruptcy<br>Po Box 2461<br>Harrisburg, PA 17105-2461 | Bank Of America<br>4909 Savarese Circle<br>Fl1-908-01-50<br>Tampa, FL 33634-2413 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 |
| Bank of America, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2284 | Bayview Financial Loan<br>4425 Ponce De Leon Blvd<br>Coral Gables, FL 33146-1873 | Bayview Financial Loan<br>Attn: Bankruptcy Dept<br>4425 Ponce De Leon Blvd. 5th Floor<br>Coral Gables, FL 33146-1873 |
| Bayview Loan Servicing, LLC<br>4425 Ponce de Leon Blvd, 5th Floor<br>Coral Gables, FL 33146-1873 | Jerome B. Blank<br>Phelan Hallinan Diamond & Jones, LLP<br>1617 JFK Boulevard<br>Philadelphia, PA 19103-1821 | Bridgecrest Acceptance Corp.<br>4020 East Indian School Road<br>Phoenix, AZ 85018-5220 |
| Bridgecrest Acceptance Corp.<br>PO Box 2997<br>Phoenix, AZ 85062-2997 | COMCAST<br>PO BOX 1931<br>Burlingame, CA 94011-1931 | Caine & Weiner<br>Attn: Bankruptcy<br>5805 Sepulveda Blvd<br>Sherman Oaks, CA 91411-2546 |
| (p)CAINE & WEINER COMPANY<br>12005 FORD ROAD 300<br>DALLAS TX 75234-7262 | Calvalry Portfolio Services LLC<br>500 Summit Lake Drive<br>Suite 4A<br>Valhalla, NY 10595-2323 | Capital One, N.A.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 |
| Columbia Gas<br>Attn: Bankruptcy<br>290 West Nationwide Blvd.<br>Columbus, OH 43215-1082 | Columbia Gas<br>c/o CBCS<br>PO Box 2589<br>Columbus, OH 43216-2589 | (p)COLUMBIA GAS<br>290 W NATIONWIDE BLVD 5TH FL<br>BANKRUPTCY DEPARTMENT<br>COLUMBUS OH 43215-4157 |
| Community Loan Servicing, LLC<br>4425 Ponce De Leon Blvd., 5th Floor<br>Coral Gables   FL 33146-1873 | Convergent Outsourcing, Inc.<br>800 Sw 39th St<br>Renton, WA 98057-4927 | Convergent Outsourcing, Inc.<br>Attn: Bankruptcy<br>Po Box 9004<br>Renton, WA 98057-9004 |
| Department Stores National Bank<br>c/o Quantum3 Group LLC<br>PO Box 657<br>Kirkland, WA  98083-0657 | (p)DSNB MACY S<br>CITIBANK<br>1000 TECHNOLOGY DRIVE MS 777<br>O FALLON MO 63368-2222 | Diversified Consultants, Inc.<br>Attn: Bankruptcy<br>Po Box 679543<br>Dallas, TX 75267-9543 |
| Diversified Consultants, Inc.<br>P O Box 551268<br>Jacksonville, FL 32255-1268 | ERC/Enhanced Recovery Corp<br>8014 Bayberry Rd<br>Jacksonville, FL 32256-7412 | First Commonwealth Bank<br>c/o Karen L.Hughes, Esquire<br>AAS Debt Recovery Inc.<br>2526 Monroeville Blvd., Suite 205<br>Monroeville, PA 15146-2371 |

| | | |
|---|---|---|
| (p)FIRST SAVINGS BANK<br>PO BOX 5096<br>SIOUX FALLS SD 57117-5096 | First Savings Credit Card<br>Attn: Bankruptcy Department<br>Po Box 5019<br>Sioux Falls, SD 57117-5019 | Frederic I. Weinberg & Associates P.C.<br>375 E. Elm Street<br>Suite 210<br>Conshohocken, PA 19428-1973 |
| Christopher M. Frye<br>Steidl & Steinberg<br>Suite 2830 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219-1908 | Full Service Network<br>600 Grant St Fl 30<br>Pittsburgh, PA 15219-2702 | Mario J. Hanyon<br>Brock & Scott, PLLC<br>302 Fellowship Road<br>Suite 130<br>Mount Laurel, NJ 08054-1218 |
| I C System Inc<br>Attn: Bankruptcy<br>Po Box 64378<br>St Paul, MN 55164-0378 | I C System Inc<br>Po Box 64378<br>Saint Paul, MN 55164-0378 | Kohls/Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 |
| Kohls/Capital One<br>N56 W 17000 Ridgewood Dr<br>Menomonee Falls, WI 53051-5660 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | LVNV Funding/Resurgent Capital<br>Attn: Bankruptcy<br>Po Box 10497<br>Greenville, SC 29603-0497 |
| LVNV Funding/Resurgent Capital<br>Po Box 1269<br>Greenville, SC 29602-1269 | Patricia L. Messner<br>138 Bulger Candor Road<br>Bulger, PA 15019-2038 | Timmy K. Messner<br>138 Bulger Candor Road<br>Bulger, PA 15019-2038 |
| Midland Funding<br>2365 Northside Dr Ste 30<br>San Diego, CA 92108-2709 | Midland Funding<br>2365 Northside Dr Ste 300<br>San Diego, CA 92108-2709 | Midland Funding LLC<br>PO Box 2011<br>Warren, MI 48090-2011 |
| Brian Nicholas<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | OneMain Financial<br>Attn: Bankruptcy<br>601 Nw 2nd Street<br>Evansville, IN 47708-1013 |
| OneMain Financial<br>Po Box 1010<br>Evansville, IN 47706-1010 | Onemain<br>PO Box 3251<br>Evansville, IN 47731-3251 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 | Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 | Phelan Hall Diamond & Jones<br>1617 JFK Blvd., Ste 1400<br>One Penn Center Plaza<br>Philadelphia, PA 19103 |
| Pressler and Pressler, LLP<br>7 Enzin Road<br>Attn: Ian Z. Winograd, Esquire<br>Parsippany, NJ 07054-5020 | Quantum3 Group LLC as agent for<br>CF Medical LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 | Range Resources Appalachia, LLC<br>622 Eagle Pointe Drive<br>Canonsburg, PA 15317-7515 |

| | | |
|---|---|---|
| Receivables Performance Mgmt<br>20816 44th Ave West<br>Lynnwood, WA 98036-7744 | Receivables Performance Mgmt<br>Attn: Bankruptcy<br>Po Box 1548<br>Lynnwood, WA 98046-1548 | SANTANDER BANK, N.A.<br>1 CORPORATE DRIVE, SUITE 360<br>LAKE ZURICH IL 60047-8945 |
| Santander Bank N.A.<br>1 Corporate Drive<br>Lake Zurich, IL 60047-8945 | Seventh Avenue<br>1112 Seventh Avenue<br>Monroe, WI 53566-1364 | Seventh Avenue<br>c/o Creditors Bankruptcy Service<br>P. O. Box 800849<br>Dallas, TX 75380-0849 |
| Thomas Song<br>Phelan Hallinan Diamond & Jones, LLP<br>1617 JFK Boulevard<br>Suite 1400<br>Philadelphia, PA 19103-1814 | Southwest Credit Systems<br>4120 International Parkway<br>Carrollton, TX 75007-1958 | Southwest Credit Systems<br>4120 International Parkway<br>Suite 1100<br>Carrollton, TX 75007-1958 |
| Andrew L. Spivack<br>Brock & Scott, PLLC<br>302 Fellowship Road<br>Suite 130<br>Mount Laurel, NJ 08054-1218 | Synchrony Bank<br>c/o of PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | The Bureaus Inc<br>650 Dundee Road<br>Northbrook, IL 60062-2747 |
| The Bureaus Inc<br>Attn: Bankruptcy<br>650 Dundee Rd, Ste 370<br>Northbrook, IL 60062-2757 | UPMC Physician Services<br>PO Box 1123<br>Minneapolis, MN 55440-1123 | (p)USCB CORPORATION<br>PO BOX 75<br>ARCHBALD PA 18403-0075 |
| Verizon<br>500 Technology Drive<br>Weldon Spring, MO 63304-2225 | Verizon<br>Verizon Wireless Bk Admin<br>500 Technology Dr Ste 550<br>Weldon Springs, MO 63304-2225 | Verizon<br>by American InfoSource as agent<br>PO Box 4457<br>Houston, TX 77210-4457 |
| West Penn Power*<br>1310 Fairmont Avenue<br>Fairmont, WV 26554-3526 | West Penn Power*<br>5001 NASA Blvd<br>Fairmont, WV 26554-8248 | Windham Professionals<br>380 Main St<br>Salem, NH 03079-2412 |
| Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bank Of America<br>Po Box 982238<br>El Paso, TX 79998 | Caine & Weiner<br>Po Box 55848<br>Sherman Oaks, CA 91413 | Columbia Gas of PA<br>P.O. Box 117<br>Columbus, OH 43216 |

| | | |
|---|---|---|
| Deptartment Store National Bank/Macy's<br>Attn: Bankruptcy<br>9111 Duke Boulevard<br>Mason, OH 45040 | (d)Deptartment Store National Bank/Macy's<br>Po Box 8218<br>Mason, OH 45040 | First Savings Credit Card<br>500 East 60th St North<br>Sioux Falls, SD 57104 |
| USCB Corporation<br>101 Harrison Street<br>Archbald, PA 18403 | (d)Uscb Corporation<br>Attn: Bankruptcy<br>Po Box 75<br>Archbald, PA 18403 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)AAA Debt Recovery<br>Pob 129<br>Monroeville, PA 15146-0129 | (u)Bayview Loan Servicing, LLC, a Delaware Li | (u)Community Loan Servicing, LLC |
| (d)Midland Funding LLC<br>2365 Northside Dr Ste 30<br>San Diego, CA 92108-2709 | (u)SANTANDER BANK, N.A. | End of Label Matrix<br>Mailable recipients    81<br>Bypassed recipients    5<br>Total                  86 |