IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Timmy K. Messner | ) | Case No. 19-22342 CMB |
| Patricia K. Messner | ) | Chapter 13 |
| Debtor(s) | ) | Related Docket No. 83 |
| | ) | |
| | ) | |

**<u>CERTIFICATE OF SERVICE OF WAGE ATTACHMENT ORDER</u>**

I certify under penalty of perjury that I caused to be served the above captioned pleadings on the parties at the addresses specified below or on the attached list on (date): June 11, 2021

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: first class mail

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON:

Suburban Extended Stay Hotel
Attn: Payroll
975 Sheffield Street
Washington, PA 15301

Suburban Extended Stay Hotel
PO Box 5399
Attn: Payroll
Louisville, KY 40255


Served by CM/ECF:

Ronda J. Winnecour, Chapter 13 Trustee



                                              Respectfully submitted,

<u>June 4, 2021</u>                                     <u>/s/ Christopher M. Frye</u>
DATE                                               Christopher M. Frye, Esquire
                                                        Attorney for the Debtor(s)
                                                        STEIDL & STEINBERG
                                                        Suite 2830 – Gulf Tower
                                                        707 Grant Street
                                                        Pittsburgh, PA  15219
                                                        (412) 391-8000
                                                        chris.frye@steidl-steinberg.com
                                                         PA I.D. No. 208402