Form 149

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Timmy K. Messner
Patricia L. Messner
aka Patti L. Messner, aka Patricia Messner**
　Debtor(s)

Bankruptcy Case No.: 19−22342−CMB

Chapter: 13
Docket No.: 93 − 78, 87
Concil. Conf.: at

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED
AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.)* ***PLAN CONFIRMATION:***

　　　IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated 5/18/2021 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☐　A.　For the remainder of the Plan term, the periodic Plan payment is amended to be $ as of . Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐　B.　The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☐　C.　Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. ***A final plan conciliation conference will be held on at , in .*** If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐　D.　Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐　E.　The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐　F.　 shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☐　G.　The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: .

☑　H.　Additional Terms: Fee application needed if any fee (including retainer) exceeds $4,000 including any fees paid to prior counsel.

*(2.)    IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.    Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.    Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.    Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.    Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.    Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)*   **IT IS FURTHER ORDERED THAT:**

**A.**   After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**   Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.**   Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty-one (21) days prior to the change taking effect.

**D.**   Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016-1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.**   The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre-confirmation defaults in any subsequent motion to dismiss.

**F.**   In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

Dated: July 23, 2021

Carlota M. Böhm, Judge
United States Bankruptcy Court

cc: All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Timmy K. Messner  
Patricia L. Messner  
    Debtors

Case No. 19-22342-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: dsaw      Page 1 of 4  
Date Rcvd: Jul 23, 2021      Form ID: 149      Total Noticed: 72

The following symbols are used throughout this certificate:  
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Timmy K. Messner, Patricia L. Messner, 138 Bulger Candor Road, Bulger, PA 15019-2038 |
| 15068351 | + | AAA Debt Recovery, PO Box 129, Monroeville, PA 15146-0129 |
| 15068354 | + | AES/PHEAA, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 15068353 | + | AES/PHEAA, 1112 7th Ave, Monroe, WI 53566-1364 |
| 15068355 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank Of America, Po Box 982238, El Paso, TX 79998 |
| 15068356 | + | Bank Of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 15090365 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15068359 | ++ | CAINE & WEINER COMPANY, 12005 FORD ROAD 300, DALLAS TX 75234-7262 address filed with court:, Caine & Weiner, Po Box 55848, Sherman Oaks, CA 91413 |
| 15117464 | ++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157 address filed with court:, Columbia Gas of PA, P.O. Box 117, Columbus, OH 43216 |
| 15068360 | + | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd, Sherman Oaks, CA 91411-2546 |
| 15091824 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15068363 | | Columbia Gas, c/o CBCS, PO Box 2589, Columbus, OH 43216-2589 |
| 15068371 | + | Diversified Consultants, Inc., Attn: Bankruptcy, Po Box 679543, Dallas, TX 75267-9543 |
| 15068373 | ++ | FIRST SAVINGS BANK, PO BOX 5096, SIOUX FALLS SD 57117-5096 address filed with court:, First Savings Credit Card, 500 East 60th St North, Sioux Falls, SD 57104 |
| 15091086 | + | First Commonwealth Bank, c/o Karen L.Hughes, Esquire, AAS Debt Recovery Inc., 2526 Monroeville Blvd., Suite 205, Monroeville, PA 15146-2371 |
| 15068374 | + | First Savings Credit Card, Attn: Bankruptcy Department, Po Box 5019, Sioux Falls, SD 57117-5019 |
| 15068375 | + | Frederic I. Weinberg & Associates P.C., 375 E. Elm Street, Suite 210, Conshohocken, PA 19428-1973 |
| 15068377 | + | I C System Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 15068382 | + | I C System Inc, Attn: Bankruptcy, Po Box 64378, St Paul, MN 55164-0378 |
| 15068401 | | Phelan Hall Diamond & Jones, 1617 JFK Blvd., Ste 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 15068402 | | Pressler and Pressler, LLP, 7 Enzin Road, Attn: Ian Z. Winograd, Esquire, Parsippany, NJ 07054-5020 |
| 15068403 | + | Range Resources Appalachia, LLC, 622 Eagle Pointe Drive, Canonsburg, PA 15317-7515 |
| 15100991 | | SANTANDER BANK, N.A., 1 CORPORATE DRIVE, SUITE 360, LAKE ZURICH IL 60047-8945 |
| 15068406 | + | Santander Bank N.A., 1 Corporate Drive, Lake Zurich, IL 60047-8945 |
| 15068410 | + | The Bureaus Inc, 650 Dundee Road, Northbrook, IL 60062-2747 |
| 15068411 | + | The Bureaus Inc, Attn: Bankruptcy, 650 Dundee Rd, Ste 370, Northbrook, IL 60062-2757 |
| 15100630 | | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15068418 | + | Windham Professionals, 380 Main St, Salem, NH 03079-2412 |

TOTAL: 28

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Jul 23 2021 23:05:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15068358 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Jul 23 2021 23:00:00 | Bayview Financial Loan, Attn: Bankruptcy Dept, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, FL 33146-1873 |
| 15068357 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Jul 23 2021 23:00:00 | Bayview Financial Loan, 4425 Ponce De Leon |

Case 19-22342-CMB    Doc 94    Filed 07/25/21    Entered 07/26/21 00:28:04    Desc Imaged
Certificate of Notice    Page 5 of 7

| District/off: 0315-2 | User: dsaw | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jul 23, 2021 | Form ID: 149 | Total Noticed: 72 |

| Recipient ID | Notice Method | Date/Time | Address |
|---|---|---|---|
| 15107642 | + Email/Text: BKMailBayview@bayviewloanservicing.com | Jul 23 2021 23:00:00 | Blvd, Coral Gables, FL 33146-1873<br>Bayview Loan Servicing, LLC, 4425 Ponce de Leon Blvd, 5th Floor, Coral Gables, FL 33146-1873 |
| 15107916 | + Email/Text: dl-collectionsbankruptcyteam@drivetime.com | Jul 23 2021 23:00:00 | Bridgecrest Acceptance Corp., 4020 East Indian School Road, Phoenix, AZ 85018-5220 |
| 15107915 | + Email/Text: dl-collectionsbankruptcyteam@drivetime.com | Jul 23 2021 23:00:00 | Bridgecrest Acceptance Corp., PO Box 2997, Phoenix, AZ 85062-2997 |
| 15078318 | + Email/Text: documentfiling@lciinc.com | Jul 23 2021 23:00:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 15068361 | + Email/Text: bankruptcy@cavps.com | Jul 23 2021 23:00:00 | Calvalry Portfolio Services LLC, 500 Summit Lake Drive, Suite 4A, Valhalla, NY 10595-2323 |
| 15068362 | + Email/Text: bankruptcyColumbia@nisource.com | Jul 23 2021 23:00:00 | Columbia Gas, Attn: Bankruptcy, 290 West Nationwide Blvd., Columbus, OH 43215-1082 |
| 15301471 | + Email/Text: BKMailBayview@bayviewloanservicing.com | Jul 23 2021 23:00:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd, 5th Floor, Coral Gables FL 33146-1873 |
| 15068366 | + Email/Text: convergent@ebn.phinsolutions.com | Jul 23 2021 23:00:56 | Convergent Outsourcing, Inc., Attn: Bankruptcy, Po Box 9004, Renton, WA 98057-9004 |
| 15068364 | + Email/Text: convergent@ebn.phinsolutions.com | Jul 23 2021 23:00:56 | Convergent Outsourcing, Inc., 800 Sw 39th St, Renton, WA 98057-4927 |
| 15068369 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 23 2021 23:15:16 | Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 15068368 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 23 2021 23:15:18 | Deptartment Store National Bank/Macy's, Po Box 8218, Mason, OH 45040 |
| 15106674 | Email/Text: bnc-quantum@quantum3group.com | Jul 23 2021 23:00:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 15068370 | + Email/Text: bankruptcynotices@dcicollect.com | Jul 23 2021 23:00:00 | Diversified Consultants, Inc., P O Box 551268, Jacksonville, FL 32255-1268 |
| 15068372 | + Email/Text: bknotice@ercbpo.com | Jul 23 2021 23:00:00 | ERC/Enhanced Recovery Corp, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 15068376 | + Email/Text: fsncustbrnotice@fullservicenetwork.com | Jul 23 2021 23:00:00 | Full Service Network, 600 Grant St Fl 30, Pittsburgh, PA 15219-2702 |
| 15068387 | + Email/Text: PBNCNotifications@peritusservices.com | Jul 23 2021 23:00:00 | Kohls/Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| 15068388 | + Email/Text: PBNCNotifications@peritusservices.com | Jul 23 2021 23:00:00 | Kohls/Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15076355 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 23 2021 23:15:14 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15068389 | + Email/PDF: resurgentbknotifications@resurgent.com | Jul 23 2021 23:15:16 | LVNV Funding/Resurgent Capital, Po Box 1269, Greenville, SC 29602-1269 |
| 15068390 | + Email/PDF: resurgentbknotifications@resurgent.com | Jul 23 2021 23:15:14 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 15068394 | + Email/Text: bankruptcydpt@mcmcg.com | Jul 23 2021 23:00:00 | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2709 |
| 15068391 | + Email/Text: bankruptcydpt@mcmcg.com | Jul 23 2021 23:00:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2709 |
| 15095294 | + Email/Text: bankruptcydpt@mcmcg.com | Jul 23 2021 23:00:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |

Case 19-22342-CMB    Doc 94    Filed 07/25/21    Entered 07/26/21 00:28:04    Desc Imaged
                              Certificate of Notice    Page 6 of 7

| District/off: 0315-2 | User: dsaw | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jul 23, 2021 | Form ID: 149 | Total Noticed: 72 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15068400 | + | Email/PDF: cbp@onemainfinancial.com | Jul 23 2021 23:04:51 | OneMain Financial, Attn: Bankruptcy, 601 Nw 2nd Street, Evansville, IN 47708-1013 |
| 15068399 | + | Email/PDF: cbp@onemainfinancial.com | Jul 23 2021 23:04:59 | OneMain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 15083621 | + | Email/PDF: cbp@onemainfinancial.com | Jul 23 2021 23:04:51 | Onemain, PO Box 3251, Evansville, IN 47731-3251 |
| 15076358 | | Email/Text: bnc-quantum@quantum3group.com | Jul 23 2021 23:00:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15068405 | + | Email/Text: Supportservices@receivablesperformance.com | Jul 23 2021 23:00:00 | Receivables Performance Mgmt, Attn: Bankruptcy, Po Box 1548, Lynnwood, WA 98046-1548 |
| 15068404 | + | Email/Text: Supportservices@receivablesperformance.com | Jul 23 2021 23:00:00 | Receivables Performance Mgmt, 20816 44th Ave West, Lynnwood, WA 98036-7744 |
| 15068407 | + | Email/Text: bankruptcy@sccompanies.com | Jul 23 2021 23:00:00 | Seventh Avenue, 1112 Seventh Avenue, Monroe, WI 53566-1364 |
| 15095500 | + | Email/Text: bankruptcy@sccompanies.com | Jul 23 2021 23:00:00 | Seventh Avenue, c/o Creditors Bankruptcy Service, P. O. Box 800849, Dallas, TX 75380-0849 |
| 15068408 | + | Email/Text: bankruptcy@sw-credit.com | Jul 23 2021 23:00:00 | Southwest Credit Systems, 4120 International Parkway, Carrollton, TX 75007-1958 |
| 15068409 | + | Email/Text: bankruptcy@sw-credit.com | Jul 23 2021 23:00:00 | Southwest Credit Systems, 4120 International Parkway, Suite 1100, Carrollton, TX 75007-1958 |
| 15068876 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 23 2021 23:04:52 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15068412 | | Email/Text: bankruptcy@uscbcorporation.com | Jul 23 2021 23:00:00 | USCB Corporation, 101 Harrison Street, Archbald, PA 18403 |
| 15068413 | | Email/Text: bankruptcy@uscbcorporation.com | Jul 23 2021 23:00:00 | Uscb Corporation, Attn: Bankruptcy, Po Box 75, Archbald, PA 18403 |
| 15068415 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jul 23 2021 23:00:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |
| 15068414 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jul 23 2021 23:00:00 | Verizon, 500 Technology Drive, Weldon Spring, MO 63304-2225 |
| 15101866 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jul 23 2021 23:15:16 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15068416 | + | Email/Text: bankruptcy@firstenergycorp.com | Jul 23 2021 23:00:00 | West Penn Power*, 5001 NASA Blvd, Fairmont, WV 26554-8248 |
| 15068417 | + | Email/Text: bankruptcy@firstenergycorp.com | Jul 23 2021 23:00:00 | West Penn Power*, 1310 Fairmont Avenue, Fairmont, WV 26554-3526 |

TOTAL: 44

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Bayview Loan Servicing, LLC, a Delaware Limited Li |
| cr | | Community Loan Servicing, LLC |
| cr | | SANTANDER BANK, N.A. |
| 15068352 | *+ | AAA Debt Recovery, Pob 129, Monroeville, PA 15146-0129 |
| 15068367 | *+ | Convergent Outsourcing, Inc., Attn: Bankruptcy, Po Box 9004, Renton, WA 98057-9004 |
| 15068365 | *+ | Convergent Outsourcing, Inc., 800 Sw 39th St, Renton, WA 98057-4927 |
| 15068378 | *+ | I C System Inc, Po Box 64378, Saint Paul, MN 55164-0378 |

| | | |
|---|---|---|
| 15068379 | *+ | I C System Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 15068380 | *+ | I C System Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 15068381 | *+ | I C System Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 15068383 | *+ | I C System Inc, Attn: Bankruptcy, Po Box 64378, St Paul, MN 55164-0378 |
| 15068384 | *+ | I C System Inc, Attn: Bankruptcy, Po Box 64378, St Paul, MN 55164-0378 |
| 15068385 | *+ | I C System Inc, Attn: Bankruptcy, Po Box 64378, St Paul, MN 55164-0378 |
| 15068386 | *+ | I C System Inc, Attn: Bankruptcy, Po Box 64378, St Paul, MN 55164-0378 |
| 15068395 | *+ | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2709 |
| 15068396 | *+ | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2709 |
| 15068397 | *+ | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2709 |
| 15068392 | *+ | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2709 |
| 15068393 | *+ | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2709 |
| 15068398 | *+ | Midland Funding LLC, 2365 Northside Dr Ste 30, San Diego, CA 92108-2709 |

TOTAL: 3 Undeliverable, 17 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2021                    Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2021 at the address(es) listed below:

**Name** — **Email Address**

Andrew L. Spivack
on behalf of Creditor SANTANDER BANK  N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com

Brian Nicholas
on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company bnicholas@kmllawgroup.com

Christopher M. Frye
on behalf of Joint Debtor Patricia L. Messner chris.frye@steidl-steinberg.com
julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com

Christopher M. Frye
on behalf of Debtor Timmy K. Messner chris.frye@steidl-steinberg.com
julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com

Jerome B. Blank
on behalf of Creditor SANTANDER BANK  N.A. pawb@fedphe.com

Mario J. Hanyon
on behalf of Creditor SANTANDER BANK  N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

Thomas Song
on behalf of Creditor SANTANDER BANK  N.A. pawb@fedphe.com

TOTAL: 9