IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Timmy K. Messner | ) | Case No. 19-22342 CMB |
| Patricia L. Messner, | ) | Chapter 13 |
| Debtor(s) | ) | Related to Doc. No.107 |
| | ) | |

Respondent(s)

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on February 8, 2022, a true and correct copy of the *Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Central Maintenance
and Service Company
61 East Crafton Avenue
Pittsburgh, PA 15205

Patricia L. Messner
138 Bulger Candor Road
Bulger, PA 15019

Ronda J. Winnecour, Trustee-**Served by CM/ECF filing**
Suite 3250 – US Steel Tower
600 Grant Street
Pittsburgh, PA 15219


Date of Service: February 8, 2022        /s/ Christopher M. Frye
                                          Christopher M. Frye, Esquire
                                          Attorney for the Debtor
                                          STEIDL & STEINBERG
                                          Suite 2830, Gulf Tower
                                          707 Grant Street
                                          Pittsburgh, PA 15219
                                          (412) 391-8000
                                          Chris.frye@steidl-steinberg.com
                                          PA I.D. No. 208402