IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                        )
                                              )
Timmy K. Messner                              )    Case No. 19-22342 CMB
Patricia L. Messner,                          )    Chapter 13
                                              )
    Debtors

## STIPULATED ORDER MODIFYING PLAN

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]***:**

☐    a motion to dismiss case or certificate of default requesting dismissal

☒    a plan modification sought by:    Debtors

☐    a motion to lift stay
     as to creditor  _____

☐    Other:  _____

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☐ Chapter 13 Plan dated _____
☒ Amended Chapter 13 Plan dated 5/18/2021

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☒    Debtors' Plan payments shall be changed from $1,980.00 to $2,234.00 per month, effective  April 2022 ; and/or the Plan term shall be changed from ____ months to ____ months.

☐    In the event that Debtors fail to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtors and

Debtors' Counsel a notice of default advising the Debtors that they have 30 days from the service of the notice in which to cure any and all defaults in payments.  If Debtors fail to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

☐ Debtors shall file and serve ____ on or before ____.

☐ If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

☐ If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as ____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

☒ Other:  Stipulated Order Modifying Plan resolves the Trustee's Certificate Default filed at docket no. 111.

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order.  Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect.

*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this 4th day of April, 2022

Dated: 4/4/2022

*Carlota M. Böhm*  dmk
United States Bankruptcy Judge

Stipulated by:

/s/ Christopher M. Frye
Counsel to Debtor
Christopher M. Frye, Esquire

Stipulated by:

/s/ Owen Katz
Counsel to Chapter 13 Trustee

cc:   All Parties in Interest to be served by Clerk

FILED
4/4/22 12:58 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-22342-CMB |
| Timmy K. Messner | Chapter 13 |
| Patricia L. Messner | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 5 |
| Date Rcvd: Apr 04, 2022 | Form ID: pdf900 | Total Noticed: 72 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 06, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Timmy K. Messner, Patricia L. Messner, 138 Bulger Candor Road, Bulger, PA 15019-2038 |
| 15068351 | + | AAA Debt Recovery, PO Box 129, Monroeville, PA 15146-0129 |
| 15068354 | + | AES/PHEAA, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 15068353 | + | AES/PHEAA, 1112 7th Ave, Monroe, WI 53566-1364 |
| 15068356 | + | Bank Of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 15068355 | + | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 15090365 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15068359 | ++ | CAINE & WEINER COMPANY, 12005 FORD ROAD 300, DALLAS TX 75234-7262 address filed with court:, Caine & Weiner, Po Box 55848, Sherman Oaks, CA 91413 |
| 15117464 | ++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157 address filed with court:, Columbia Gas of PA, P.O. Box 117, Columbus, OH 43216 |
| 15068360 | + | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd, Sherman Oaks, CA 91411-2546 |
| 15068363 | | Columbia Gas, c/o CBCS, PO Box 2589, Columbus, OH 43216-2589 |
| 15068371 | + | Diversified Consultants, Inc., Attn: Bankruptcy, Po Box 679543, Dallas, TX 75267-9543 |
| 15091086 | + | First Commonwealth Bank, c/o Karen L.Hughes, Esquire, AAS Debt Recovery Inc., 2526 Monroeville Blvd., Suite 205, Monroeville, PA 15146-2371 |
| 15068375 | + | Frederic I. Weinberg & Associates P.C., 375 E. Elm Street, Suite 210, Conshohocken, PA 19428-1973 |
| 15068401 | | Phelan Hall Diamond & Jones, 1617 JFK Blvd., Ste 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 15068403 | + | Range Resources Appalachia, LLC, 622 Eagle Pointe Drive, Canonsburg, PA 15317-7515 |
| 15100991 | | SANTANDER BANK, N.A., 1 CORPORATE DRIVE, SUITE 360, LAKE ZURICH IL 60047-8945 |
| 15068406 | + | Santander Bank N.A., 1 Corporate Drive, Lake Zurich, IL 60047-8945 |
| 15100630 | | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15068418 | + | Windham Professionals, 380 Main St, Salem, NH 03079-2412 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Apr 04 2022 23:19:47 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15068354 | + | Email/Text: bncnotifications@pheaa.org | Apr 04 2022 23:08:00 | AES/PHEAA, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 15068355 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 04 2022 23:08:32 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 15068356 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 04 2022 23:08:32 | Bank Of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 15090365 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Apr 04 2022 23:08:32 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15068358 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Apr 04 2022 23:08:00 | Bayview Financial Loan, Attn: Bankruptcy Dept, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, FL 33146-1873 |
| 15068357 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | | |

Case 19-22342-CMB    Doc 116    Filed 04/06/22    Entered 04/07/22 00:24:22    Desc
Imaged Certificate of Notice    Page 5 of 8

| District/off: 0315-2 | User: auto | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Apr 04, 2022 | Form ID: pdf900 | Total Noticed: 72 |

| Recipient ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 15107642 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Apr 04 2022 23:08:00 | Bayview Financial Loan, 4425 Ponce De Leon Blvd, Coral Gables, FL 33146-1873 |
| 15107916 | + | Email/Text: dl-collectionsbankruptcyteam@drivetime.com | Apr 04 2022 23:08:00 | Bayview Loan Servicing, LLC, 4425 Ponce de Leon Blvd, 5th Floor, Coral Gables, FL 33146-1873 |
| 15107915 | + | Email/Text: dl-collectionsbankruptcyteam@drivetime.com | Apr 04 2022 23:09:00 | Bridgecrest Acceptance Corp., 4020 East Indian School Road, Phoenix, AZ 85018-5220 |
| 15078318 | + | Email/Text: documentfiling@lciinc.com | Apr 04 2022 23:09:00 | Bridgecrest Acceptance Corp., PO Box 2997, Phoenix, AZ 85062-2997 |
| 15068361 | + | Email/Text: bankruptcy@cavps.com | Apr 04 2022 23:08:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 15091824 | | Email/PDF: bncnotices@becket-lee.com | Apr 04 2022 23:09:00 | Calvalry Portfolio Services LLC, 500 Summit Lake Drive, Suite 4A, Valhalla, NY 10595-2323 |
| 15068362 | + | Email/Text: bankruptcyColumbia@nisource.com | Apr 04 2022 23:20:01 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15301471 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Apr 04 2022 23:08:00 | Columbia Gas, Attn: Bankruptcy, 290 West Nationwide Blvd., Columbus, OH 43215-1082 |
| 15068366 | + | Email/Text: convergent@ebn.phinsolutions.com | Apr 04 2022 23:08:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables FL 33146-1873 |
| 15068364 | + | Email/Text: convergent@ebn.phinsolutions.com | Apr 04 2022 23:09:00 | Convergent Outsourcing, Inc., Attn: Bankruptcy, Po Box 9004, Renton, WA 98057-9004 |
| 15068369 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 04 2022 23:09:00 | Convergent Outsourcing, Inc., 800 Sw 39th St, Renton, WA 98057-4927 |
| 15068368 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 04 2022 23:20:05 | Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 15106674 | | Email/Text: bnc-quantum@quantum3group.com | Apr 04 2022 23:19:39 | Deptartment Store National Bank/Macy's, Po Box 8218, Mason, OH 45040 |
| 15068370 | + | Email/Text: bankruptcynotices@dcicollect.com | Apr 04 2022 23:08:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 15068372 | + | Email/Text: bknotice@ercbpo.com | Apr 04 2022 23:09:00 | Diversified Consultants, Inc., P O Box 551268, Jacksonville, FL 32255-1268 |
| 15068373 | | Email/Text: BNSFS@capitalsvcs.com | Apr 04 2022 23:09:00 | ERC/Enhanced Recovery Corp, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 15068374 | | Email/Text: BNSFS@capitalsvcs.com | Apr 04 2022 23:08:00 | First Savings Credit Card, 500 East 60th St North, Sioux Falls, SD 57104 |
| 15068376 | + | Email/Text: fsncustbrnotice@fullservicenetwork.com | Apr 04 2022 23:08:00 | First Savings Credit Card, Attn: Bankruptcy Department, Po Box 5019, Sioux Falls, SD 57117 |
| 15068377 | + | Email/Text: Bankruptcy@ICSystem.com | Apr 04 2022 23:08:00 | Full Service Network, 600 Grant St Fl 30, Pittsburgh, PA 15219-2702 |
| 15068382 | + | Email/Text: Bankruptcy@ICSystem.com | Apr 04 2022 23:09:00 | I C System Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 15068387 | + | Email/Text: PBNCNotifications@peritusservices.com | Apr 04 2022 23:09:00 | I C System Inc, Attn: Bankruptcy, Po Box 64378, St Paul, MN 55164-0378 |
| 15068388 | + | Email/Text: PBNCNotifications@peritusservices.com | Apr 04 2022 23:08:00 | Kohls/Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| 15076355 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 04 2022 23:08:00 | Kohls/Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| | | | Apr 04 2022 23:19:47 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

Case 19-22342-CMB    Doc 116    Filed 04/06/22    Entered 04/07/22 00:24:22    Desc
Imaged Certificate of Notice    Page 6 of 8

| District/off: 0315-2 | User: auto | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Apr 04, 2022 | Form ID: pdf900 | Total Noticed: 72 |

| Notice ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 15068389 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 04 2022 23:19:33 | LVNV Funding/Resurgent Capital, Po Box 1269, Greenville, SC 29602-1269 |
| 15068390 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 04 2022 23:19:47 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 15068394 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 04 2022 23:09:00 | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2709 |
| 15068391 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 04 2022 23:09:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2709 |
| 15095294 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 04 2022 23:09:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 15068400 | + | Email/PDF: cbp@onemainfinancial.com | Apr 04 2022 23:19:59 | OneMain Financial, Attn: Bankruptcy, 601 Nw 2nd Street, Evansville, IN 47708-1013 |
| 15068399 | + | Email/PDF: cbp@onemainfinancial.com | Apr 04 2022 23:19:32 | OneMain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 15083621 | + | Email/PDF: cbp@onemainfinancial.com | Apr 04 2022 23:19:59 | Onemain, PO Box 3251, Evansville, IN 47731-3251 |
| 15068402 | | Email/Text: signed.order@pfwattorneys.com | Apr 04 2022 23:08:00 | Pressler and Pressler, LLP, 7 Enzin Road, Attn: Ian Z. Winograd, Esquire, Parsippany, NJ 07054-5020 |
| 15076358 | | Email/Text: bnc-quantum@quantum3group.com | Apr 04 2022 23:08:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15068405 | + | Email/Text: Supportservices@receivablesperformance.com | Apr 04 2022 23:09:00 | Receivables Performance Mgmt, Attn: Bankruptcy, Po Box 1548, Lynnwood, WA 98046-1548 |
| 15068404 | + | Email/Text: Supportservices@receivablesperformance.com | Apr 04 2022 23:09:00 | Receivables Performance Mgmt, 20816 44th Ave West, Lynnwood, WA 98036-7744 |
| 15068407 | + | Email/Text: bankruptcy@sccompanies.com | Apr 04 2022 23:09:00 | Seventh Avenue, 1112 Seventh Avenue, Monroe, WI 53566-1364 |
| 15095500 | + | Email/Text: bankruptcy@sccompanies.com | Apr 04 2022 23:09:00 | Seventh Avenue, c/o Creditors Bankruptcy Service, P. O. Box 800849, Dallas, TX 75380-0849 |
| 15068408 | + | Email/Text: bankruptcy@sw-credit.com | Apr 04 2022 23:09:00 | Southwest Credit Systems, 4120 International Parkway, Carrollton, TX 75007-1958 |
| 15068409 | + | Email/Text: bankruptcy@sw-credit.com | Apr 04 2022 23:09:00 | Southwest Credit Systems, 4120 International Parkway, Suite 1100, Carrollton, TX 75007-1958 |
| 15068876 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 04 2022 23:19:32 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15068410 | + | Email/PDF: tbiedi@PRAGroup.com | Apr 04 2022 23:19:46 | The Bureaus Inc, 650 Dundee Road, Northbrook, IL 60062-2747 |
| 15068411 | + | Email/PDF: tbiedi@PRAGroup.com | Apr 04 2022 23:19:46 | The Bureaus Inc, Attn: Bankruptcy, 650 Dundee Rd, Ste 370, Northbrook, IL 60062-2757 |
| 15068412 | | Email/Text: bankruptcy@uscbcorporation.com | Apr 04 2022 23:08:00 | USCB Corporation, 101 Harrison Street, Archbald, PA 18403 |
| 15068413 | | Email/Text: bankruptcy@uscbcorporation.com | Apr 04 2022 23:08:00 | Uscb Corporation, Attn: Bankruptcy, Po Box 75, Archbald, PA 18403 |
| 15068415 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Apr 04 2022 23:08:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |
| 15068414 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Apr 04 2022 23:08:00 | Verizon, 500 Technology Drive, Weldon Spring, MO 63304-2225 |
| 15101866 | | Email/PDF: ebn_ais@aisinfo.com | | |

Case 19-22342-CMB    Doc 116    Filed 04/06/22    Entered 04/07/22 00:24:22    Desc
Imaged Certificate of Notice    Page 7 of 8

| District/off: 0315-2 | User: auto | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Apr 04, 2022 | Form ID: pdf900 | Total Noticed: 72 |

| | | | | |
|---|---|---|---|---|
| | | | Apr 04 2022 23:19:33 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15068416 | + | Email/Text: bankruptcy@firstenergycorp.com | | |
| | | | Apr 04 2022 23:09:00 | West Penn Power*, 5001 NASA Blvd, Fairmont, WV 26554-8248 |
| 15068417 | + | Email/Text: bankruptcy@firstenergycorp.com | | |
| | | | Apr 04 2022 23:09:00 | West Penn Power*, 1310 Fairmont Avenue, Fairmont, WV 26554-3526 |

TOTAL: 56

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Bayview Loan Servicing, LLC, a Delaware Limited Li |
| cr | | Community Loan Servicing, LLC |
| cr | | SANTANDER BANK, N.A. |
| 15068352 | *+ | AAA Debt Recovery, Pob 129, Monroeville, PA 15146-0129 |
| 15068367 | *+ | Convergent Outsourcing, Inc., Attn: Bankruptcy, Po Box 9004, Renton, WA 98057-9004 |
| 15068365 | *+ | Convergent Outsourcing, Inc., 800 Sw 39th St, Renton, WA 98057-4927 |
| 15068378 | *+ | I C System Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 15068379 | *+ | I C System Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 15068380 | *+ | I C System Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 15068381 | *+ | I C System Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 15068383 | *+ | I C System Inc, Attn: Bankruptcy, Po Box 64378, St Paul, MN 55164-0378 |
| 15068384 | *+ | I C System Inc, Attn: Bankruptcy, Po Box 64378, St Paul, MN 55164-0378 |
| 15068385 | *+ | I C System Inc, Attn: Bankruptcy, Po Box 64378, St Paul, MN 55164-0378 |
| 15068386 | *+ | I C System Inc, Attn: Bankruptcy, Po Box 64378, St Paul, MN 55164-0378 |
| 15068395 | *+ | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2709 |
| 15068396 | *+ | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2709 |
| 15068397 | *+ | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2709 |
| 15068392 | *+ | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2709 |
| 15068393 | *+ | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2709 |
| 15068398 | *+ | Midland Funding LLC, 2365 Northside Dr Ste 30, San Diego, CA 92108-2709 |

TOTAL: 3 Undeliverable, 17 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 06, 2022             Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 4, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew L. Spivack | |
| | on behalf of Creditor SANTANDER BANK  N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| Brian Nicholas | |
| | on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company bnicholas@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 5 of 5 |
| Date Rcvd: Apr 04, 2022 | Form ID: pdf900 | Total Noticed: 72 |

Christopher M. Frye
    on behalf of Joint Debtor Patricia L. Messner chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;jseech@steidl-steinberg.com

Christopher M. Frye
    on behalf of Debtor Timmy K. Messner chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;jseech@steidl-steinberg.com

Jerome B. Blank
    on behalf of Creditor SANTANDER BANK N.A. pawb@fedphe.com

Mario J. Hanyon
    on behalf of Creditor SANTANDER BANK N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Thomas Song
    on behalf of Creditor SANTANDER BANK N.A. pawb@fedphe.com

TOTAL: 9