IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RE: ) | |
| ) | |
| Timmy K. Messner ) | Case No. 19-22342 CMB |
| Patricia L. Messner, ) | Chapter 13 |
|     Debtor(s) ) | Document No.  WO-2 |
| ) | Related to Docket No. 120 |
| ) | |
| Patricia L. Messner, ) | |
|     Movant(s) ) | |
| ) | |
| ) | |
| Social Security No. XXX-XX- 3288 ) | |
| ) | |
| vs. ) | |
| ) | |
| Peters Township School District, ) | |
| Ronda J. Winnecour, Trustee ) | |
|     Respondent(s) ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on April 19, 2022, a true and correct copy of the *Order to Pay Trustee, along with the Notification of Debtor's Social Security Number* was caused to be served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

**Served by CM/ECF filing**
Ronda J. Winnecour, Trustee

**Served by FIrst Class U.S. Mail**

Peters Township School District              Patricia L. Messner
631 East McMurray Road                       138 Bulger Candor Road
McMurray, PA 15317                           Bulger, PA 15019

Date of Service: April 19, 2022    /s/ Christopher M. Frye
                                                                                                        Christopher M. Frye, Esquire
                                                                                           Attorney for the Debtor
                                                                                           STEIDL & STEINBERG
                                                                                           Suite 2830, Gulf Tower
                                                                                           707 Grant Street
                                                                                           Pittsburgh, PA 15219
                                                                                           (412) 391-8000
                                                                                           Chris.frye@steidl-steinberg.com
                                                                                           PA I.D. No. 208402