Form 309

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

**Timmy K. Messner**  :  Case No. 19−22342−CMB
**Patricia L. Messner**  :  Chapter: 13
**aka Patti L. Messner, aka Patricia Messner**  :
    *Debtor(s)*  :
      :
      :
      :

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

    *AND NOW,* this **The 6th of December, 2022,** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

    (1)  The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

    (2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

    (3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

    (4)  The Clerk shall give notice to all creditors of this dismissal.

                                             Carlota M. Böhm, Judge
                                             United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Timmy K. Messner  
Patricia L. Messner  
    Debtors

Case No. 19-22342-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 5  
Date Rcvd: Dec 06, 2022     Form ID: 309     Total Noticed: 74

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Timmy K. Messner, Patricia L. Messner, 138 Bulger Candor Road, Bulger, PA 15019-2038 |
| 15068351 | + | AAA Debt Recovery, PO Box 129, Monroeville, PA 15146-0129 |
| 15068353 | + | AES/PHEAA, 1112 7th Ave, Monroe, WI 53566-1364 |
| 15117464 | ++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157 address filed with court:, Columbia Gas of PA, P.O. Box 117, Columbus, OH 43216 |
| 15068371 | + | Diversified Consultants, Inc., Attn: Bankruptcy, Po Box 679543, Dallas, TX 75267-9543 |
| 15091086 | + | First Commonwealth Bank, c/o Karen L.Hughes, Esquire, AAS Debt Recovery Inc., 2526 Monroeville Blvd., Suite 205, Monroeville, PA 15146-2371 |
| 15068375 | + | Frederic I. Weinberg & Associates P.C., 375 E. Elm Street, Suite 210, Conshohocken, PA 19428-1973 |
| 15068401 | | Phelan Hall Diamond & Jones, 1617 JFK Blvd., Ste 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 15068403 | + | Range Resources Appalachia, LLC, 622 Eagle Pointe Drive, Canonsburg, PA 15317-7515 |
| 15100991 | | SANTANDER BANK, N.A., 1 CORPORATE DRIVE, SUITE 360, LAKE ZURICH IL 60047-8945 |
| 15068406 | + | Santander Bank N.A., 1 Corporate Drive, Lake Zurich, IL 60047-8945 |
| 15068418 | + | Windham Professionals, 380 Main St, Salem, NH 03079-2412 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 06 2022 23:52:00 | Nationstar Mortgage LLC, Nationstar Mortgage, LLC d/b/a RightPath, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| cr | + | EDI: RECOVERYCORP.COM | Dec 07 2022 04:53:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15068354 | + | Email/Text: bncnotifications@pheaa.org | Dec 06 2022 23:52:00 | AES/PHEAA, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 15068355 | + | EDI: BANKAMER.COM | Dec 07 2022 04:53:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 15068356 | + | EDI: BANKAMER.COM | Dec 07 2022 04:53:00 | Bank Of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 15090365 | + | EDI: BANKAMER2.COM | Dec 07 2022 04:53:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15068358 | + | EDI: LCIBAYLN | Dec 07 2022 04:53:00 | Bayview Financial Loan, Attn: Bankruptcy Dept, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, FL 33146-1873 |
| 15068357 | + | EDI: LCIBAYLN | Dec 07 2022 04:53:00 | Bayview Financial Loan, 4425 Ponce De Leon Blvd, Coral Gables, FL 33146-1873 |
| 15107642 | + | EDI: LCIBAYLN | Dec 07 2022 04:53:00 | Bayview Loan Servicing, LLC, 4425 Ponce de Leon Blvd, 5th Floor, Coral Gables, FL |

Case 19-22342-CMB   Doc 133   Filed 12/08/22   Entered 12/09/22 00:27:19   Desc
Imaged Certificate of Notice   Page 3 of 6

| District/off: 0315-2 | User: auto | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Dec 06, 2022 | Form ID: 309 | Total Noticed: 74 |

| | | | |
|---|---|---|---|
| | | | 33146-1839 |
| 15107916 | + Email/Text: rm-bknotices@bridgecrest.com | Dec 06 2022 23:53:00 | Bridgecrest Acceptance Corp., 4020 East Indian School Road, Phoenix, AZ 85018-5220 |
| 15107915 | + Email/Text: rm-bknotices@bridgecrest.com | Dec 06 2022 23:53:00 | Bridgecrest Acceptance Corp., PO Box 2997, Phoenix, AZ 85062-2997 |
| 15068359 | Email/Text: caineweiner@ebn.phinsolutions.com | Dec 06 2022 23:52:00 | Caine & Weiner, Po Box 55848, Sherman Oaks, CA 91413 |
| 15078318 | + EDI: LCIFULLSRV | Dec 07 2022 04:53:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 15068360 | + Email/Text: caineweiner@ebn.phinsolutions.com | Dec 06 2022 23:52:00 | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd, Sherman Oaks, CA 91411-2546 |
| 15068361 | + Email/Text: bankruptcy@cavps.com | Dec 06 2022 23:53:00 | Calvalry Portfolio Services LLC, 500 Summit Lake Drive, Suite 4A, Valhalla, NY 10595-2323 |
| 15091824 | Email/PDF: bncnotices@becket-lee.com | Dec 06 2022 23:57:00 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15068363 | ^ MEBN | Dec 06 2022 23:50:11 | Columbia Gas, c/o CBCS, PO Box 2589, Columbus, OH 43216-2589 |
| 15068362 | + Email/Text: bankruptcyColumbia@nisource.com | Dec 06 2022 23:52:00 | Columbia Gas, Attn: Bankruptcy, 290 West Nationwide Blvd., Columbus, OH 43215-1082 |
| 15301471 | + Email/Text: nsm_bk_notices@mrcooper.com | Dec 06 2022 23:52:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables FL 33146-1839 |
| 15068366 | + EDI: CONVERGENT.COM | Dec 07 2022 04:53:00 | Convergent Outsourcing, Inc., Attn: Bankruptcy, Po Box 9004, Renton, WA 98057-9004 |
| 15068364 | + EDI: CONVERGENT.COM | Dec 07 2022 04:53:00 | Convergent Outsourcing, Inc., 800 Sw 39th St, Renton, WA 98057-4927 |
| 15068369 | + EDI: CITICORP.COM | Dec 07 2022 04:53:00 | Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 15068368 | + EDI: CITICORP.COM | Dec 07 2022 04:53:00 | Deptartment Store National Bank/Macy's, Po Box 8218, Mason, OH 45040 |
| 15106674 | EDI: Q3G.COM | Dec 07 2022 04:53:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 15068370 | + EDI: DCI.COM | Dec 07 2022 04:53:00 | Diversified Consultants, Inc., P O Box 551268, Jacksonville, FL 32255-1268 |
| 15068372 | + Email/Text: bknotice@ercbpo.com | Dec 06 2022 23:52:00 | ERC/Enhanced Recovery Corp, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 15068373 | Email/Text: BNSFS@capitalsvcs.com | Dec 06 2022 23:52:00 | First Savings Credit Card, 500 East 60th St North, Sioux Falls, SD 57104 |
| 15068374 | Email/Text: BNSFS@capitalsvcs.com | Dec 06 2022 23:52:00 | First Savings Credit Card, Attn: Bankruptcy Department, Po Box 5019, Sioux Falls, SD 57117 |
| 15068376 | + Email/Text: fsncustbrnotice@fullservicenetwork.com | Dec 06 2022 23:52:00 | Full Service Network, 600 Grant St Fl 30, Pittsburgh, PA 15219-2702 |
| 15068377 | + EDI: LCIICSYSTEM | Dec 07 2022 04:53:00 | I C System Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 15068382 | + EDI: LCIICSYSTEM | Dec 07 2022 04:53:00 | I C System Inc, Attn: Bankruptcy, Po Box 64378, St Paul, MN 55164-0378 |
| 15068387 | + Email/Text: PBNCNotifications@peritusservices.com | Dec 06 2022 23:52:00 | Kohls/Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| 15068388 | + Email/Text: PBNCNotifications@peritusservices.com | Dec 06 2022 23:52:00 | Kohls/Capital One, Attn: Bankruptcy, Po Box |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | 30285, Salt Lake City, UT 84130-0285 |
| 15076355 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 06 2022 23:57:00 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15068389 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 06 2022 23:57:00 | LVNV Funding/Resurgent Capital, Po Box 1269, Greenville, SC 29602-1269 |
| 15068390 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 06 2022 23:57:00 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 15068394 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 06 2022 23:52:00 | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 15068391 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 06 2022 23:52:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2710 |
| 15095294 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 06 2022 23:52:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 15068400 | + | EDI: AGFINANCE.COM | Dec 07 2022 04:53:00 | OneMain Financial, Attn: Bankruptcy, 601 Nw 2nd Street, Evansville, IN 47708-1013 |
| 15068399 | + | EDI: AGFINANCE.COM | Dec 07 2022 04:53:00 | OneMain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 15083621 | + | EDI: AGFINANCE.COM | Dec 07 2022 04:53:00 | Onemain, PO Box 3251, Evansville, IN 47731-3251 |
| 15068402 | | Email/Text: signed.order@pfwattorneys.com | Dec 06 2022 23:52:00 | Pressler and Pressler, LLP, 7 Enzin Road, Attn: Ian Z. Winograd, Esquire, Parsippany, NJ 07054-5020 |
| 15076358 | | EDI: Q3G.COM | Dec 07 2022 04:53:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15068405 | + | Email/Text: Supportservices@receivablesperformance.com | Dec 06 2022 23:53:00 | Receivables Performance Mgmt, Attn: Bankruptcy, Po Box 1548, Lynnwood, WA 98046-1548 |
| 15068404 | + | Email/Text: Supportservices@receivablesperformance.com | Dec 06 2022 23:53:00 | Receivables Performance Mgmt, 20816 44th Ave West, Lynnwood, WA 98036-7744 |
| 15505008 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 06 2022 23:52:00 | RightPath Servicing, P.O. Box 619096, Dallas, TX 75261-9096 |
| 15068407 | + | EDI: CBS7AVE | Dec 07 2022 04:53:00 | Seventh Avenue, 1112 Seventh Avenue, Monroe, WI 53566-1364 |
| 15095500 | + | EDI: CBS7AVE | Dec 07 2022 04:53:00 | Seventh Avenue, c/o Creditors Bankruptcy Service, P. O. Box 800849, Dallas, TX 75380-0849 |
| 15068408 | + | Email/Text: bankruptcy@sw-credit.com | Dec 06 2022 23:52:00 | Southwest Credit Systems, 4120 International Parkway, Carrollton, TX 75007-1958 |
| 15068409 | + | Email/Text: bankruptcy@sw-credit.com | Dec 06 2022 23:52:00 | Southwest Credit Systems, 4120 International Parkway, Suite 1100, Carrollton, TX 75007-1958 |
| 15068876 | + | EDI: RMSC.COM | Dec 07 2022 04:53:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15068410 | + | EDI: PRATHEBUR | Dec 07 2022 04:53:00 | The Bureaus Inc, 650 Dundee Road, Northbrook, IL 60062-2747 |
| 15068411 | + | EDI: PRATHEBUR | Dec 07 2022 04:53:00 | The Bureaus Inc, Attn: Bankruptcy, 650 Dundee Rd, Ste 370, Northbrook, IL 60062-2757 |
| 15100630 | ^ | MEBN | Dec 06 2022 23:50:23 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15068412 | | Email/Text: bankruptcy@uscbcorporation.com | Dec 06 2022 23:52:00 | USCB Corporation, 101 Harrison Street, Archbald, PA 18403 |

| District/off: 0315-2 | User: auto | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Dec 06, 2022 | Form ID: 309 | Total Noticed: 74 |

| 15068413 | | Email/Text: bankruptcy@uscbcorporation.com | Dec 06 2022 23:52:00 | Uscb Corporation, Attn: Bankruptcy, Po Box 75, Archbald, PA 18403 |
|---|---|---|---|---|
| 15068415 | + | EDI: VERIZONCOMB.COM | Dec 07 2022 04:53:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |
| 15068414 | + | EDI: VERIZONCOMB.COM | Dec 07 2022 04:53:00 | Verizon, 500 Technology Drive, Weldon Spring, MO 63304-2225 |
| 15101866 | | EDI: AIS.COM | Dec 07 2022 04:53:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15068416 | + | Email/Text: bankruptcy@firstenergycorp.com | Dec 06 2022 23:52:00 | West Penn Power*, 5001 NASA Blvd, Fairmont, WV 26554-8248 |
| 15068417 | + | Email/Text: bankruptcy@firstenergycorp.com | Dec 06 2022 23:52:00 | West Penn Power*, 1310 Fairmont Avenue, Fairmont, WV 26554-3526 |

TOTAL: 62

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Bayview Loan Servicing, LLC, a Delaware Limited Li |
| cr | | Community Loan Servicing, LLC |
| cr | | SANTANDER BANK, N.A. |
| 15068352 | *+ | AAA Debt Recovery, Pob 129, Monroeville, PA 15146-0129 |
| 15068367 | *+ | Convergent Outsourcing, Inc., Attn: Bankruptcy, Po Box 9004, Renton, WA 98057-9004 |
| 15068365 | *+ | Convergent Outsourcing, Inc., 800 Sw 39th St, Renton, WA 98057-4927 |
| 15068378 | *+ | I C System Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 15068379 | *+ | I C System Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 15068380 | *+ | I C System Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 15068381 | *+ | I C System Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 15068383 | *+ | I C System Inc, Attn: Bankruptcy, Po Box 64378, St Paul, MN 55164-0378 |
| 15068384 | *+ | I C System Inc, Attn: Bankruptcy, Po Box 64378, St Paul, MN 55164-0378 |
| 15068385 | *+ | I C System Inc, Attn: Bankruptcy, Po Box 64378, St Paul, MN 55164-0378 |
| 15068386 | *+ | I C System Inc, Attn: Bankruptcy, Po Box 64378, St Paul, MN 55164-0378 |
| 15068395 | *+ | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 15068396 | *+ | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 15068397 | *+ | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 15068392 | *+ | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2710 |
| 15068393 | *+ | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2710 |
| 15068398 | *+ | Midland Funding LLC, 2365 Northside Dr Ste 30, San Diego, CA 92108-2710 |

TOTAL: 3 Undeliverable, 17 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2022        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 6, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew L. Spivack | on behalf of Creditor SANTANDER BANK N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| Brian Nicholas | on behalf of Creditor Bayview Loan Servicing LLC, a Delaware Limited Liability Company bnicholas@kmllawgroup.com |
| Christopher M. Frye | on behalf of Joint Debtor Patricia L. Messner chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Christopher M. Frye | on behalf of Debtor Timmy K. Messner chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Jerome B. Blank | on behalf of Creditor SANTANDER BANK N.A. jblank@pincuslaw.com |
| Mario J. Hanyon | on behalf of Creditor Community Loan Servicing LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Mario J. Hanyon | on behalf of Creditor SANTANDER BANK N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Matthew Fissel | on behalf of Creditor Nationstar Mortgage LLC matthew.fissel@brockandscott.com wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Ryan Starks | on behalf of Creditor SANTANDER BANK N.A. Ryan.Starks@brockandscott.com, wbecf@brockandscott.com |
| Thomas Song | on behalf of Creditor SANTANDER BANK N.A. pawb@fedphe.com |

TOTAL: 12