**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>TIMMY K. MESSNER<br>PATRICIA L. MESSNER<br>      Debtor(s)<br><br>Ronda J. Winnecour<br>      Movant<br>    vs.<br>No Respondents. | Case No.:19-22342<br><br><br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 06/11/2019 and confirmed on 07/25/2019. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 53,156.85 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 53,156.85 |
| | | |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 3,400.00 | |
|     Trustee Fee | 2,508.97 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,908.97 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   NATIONSTAR MORTGAGE LLC** | 0.00 | 2,338.76 | 0.00 | 2,338.76 |
|     Acct: 0196 | | | | |
|   SANTANDER BANK NA | 0.00 | 24,892.16 | 0.00 | 24,892.16 |
|     Acct: 9096 | | | | |
|   SANTANDER BANK NA | 29,476.21 | 3,839.65 | 0.00 | 3,839.65 |
|     Acct: 9096 | | | | |
|   NATIONSTAR MORTGAGE LLC** | 1,242.57 | 149.23 | 0.00 | 149.23 |
|     Acct: 0196 | | | | |
|   ONE MAIN FINANCIAL GROUP LLC A/S/F C | 1,250.76 | 1,250.76 | 420.52 | 1,671.28 |
|     Acct: 4696 | | | | |
| | | | | 32,891.08 |
| **Priority** | | | | |
|   CHRISTOPHER M FRYE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   TIMMY K. MESSNER | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 3,400.00 | 3,400.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| 19-22342 | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 4 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Priority | | | | |
|   STEIDL & STEINBERG | 1,000.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BRIDGECREST ACCEPTANCE CORP | 19,939.43 | 4,469.59 | 9,887.21 | 14,356.80 |
|     Acct: 8402 | | | | |
|   SANTANDER BANK NA | 900.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9096 | | | | |
| | | | | 14,356.80 |
| Unsecured | | | | |
|   CAVALRY PORTFOLIO SERVICES LLC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2268 | | | | |
|   MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6137 | | | | |
|   FIRST COMMONWEALTH BANK** | 480.52 | 0.00 | 0.00 | 0.00 |
|     Acct: 1706 | | | | |
|   FIRST COMMONWEALTH BANK** | 292.36 | 0.00 | 0.00 | 0.00 |
|     Acct: 1379 | | | | |
|   AES/PHEAA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 457O | | | | |
|   BANK OF AMERICA NA** | 763.18 | 0.00 | 0.00 | 0.00 |
|     Acct: 2217 | | | | |
|   CAINE & WEINER | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0203 | | | | |
|   COLUMBIA GAS OF PA INC(*) | 345.62 | 0.00 | 0.00 | 0.00 |
|     Acct: 2965 | | | | |
|   CONVERGENT OUTSOURCING INCORP | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4361 | | | | |
|   CONVERGENT OUTSOURCING INCORP | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7803 | | | | |
|   DEPARTMENT STORES NATIONAL BANK | 689.37 | 0.00 | 0.00 | 0.00 |
|     Acct: 3555 | | | | |
|   COMCAST | 415.66 | 0.00 | 0.00 | 0.00 |
|     Acct: 1126 | | | | |
|   ENHANCED RECOVERY COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8968 | | | | |
|   FIRST SAVINGS CREDIT CARD | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5367 | | | | |
|   FULL SERVICE NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2559 | | | | |
|   IC SYSTEM INC++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4900 | | | | |
|   IC SYSTEM INC++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5379 | | | | |
|   IC SYSTEM INC++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3084 | | | | |
|   IC SYSTEM INC++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3086 | | | | |
|   IC SYSTEM INC++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6467 | | | | |
|   CAPITAL ONE NA** | 997.80 | 0.00 | 0.00 | 0.00 |
|     Acct: 6826 | | | | |
|   LVNV FUNDING LLC | 514.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0157 | | | | |
|   MIDLAND FUNDING LLC | 576.96 | 0.00 | 0.00 | 0.00 |
|     Acct: 1534 | | | | |
|   MIDLAND FUNDING LLC | 573.47 | 0.00 | 0.00 | 0.00 |
|     Acct: 9889 | | | | |
|   MIDLAND FUNDING LLC | 462.19 | 0.00 | 0.00 | 0.00 |
|     Acct: 5238 | | | | |

| 19-22342 | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 3 of 4 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | |
| RECEIVABLES PERFORMANCE MANAGEM | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2998 | | | | |
| SEVENTH AVENUE | 963.27 | 0.00 | 0.00 | 0.00 |
| Acct: 4570 | | | | |
| SOUTHWEST CREDIT SYSTEMS* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5876 | | | | |
| THE BUREAUS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2579 | | | | |
| USCB CORP++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1177 | | | | |
| VERIZON BY AMERICAN INFOSOURCE AS | 284.07 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| WEST PENN POWER* | 1,958.49 | 0.00 | 0.00 | 0.00 |
| Acct: 5683 | | | | |
| WYNDHAM | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1918 | | | | |
| QUANTUM3 GROUP LLC AGNT - CF MEDIC | 1,041.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5204 | | | | |
| MIDLAND FUNDING LLC | 803.15 | 0.00 | 0.00 | 0.00 |
| Acct: 4626 | | | | |
| UPMC PHYSICIAN SERVICES | 443.20 | 0.00 | 0.00 | 0.00 |
| Acct: 3288 | | | | |
| LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8311 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6129 | | | | |
| PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| FREDERIC I WEINBERG ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PRESSLER FELT & WARSHAW LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| RANGE RESOURCES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JEFF SCOTT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ANDREW SPIVACK ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ADDED CREDITOR  FOR CALCULATION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BROCK & SCOTT PLLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

***N O N E ***

TOTAL PAID TO CREDITORS                                                                                     47,247.88

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 20,839.43 |
| SECURED | 31,969.54 |
| UNSECURED | 11.604.31 |

Date: 01/10/2023

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com